| Attorney or Party without Attorney: <br> L. TIMOTHY FISHER, SBN 191626 <br> BURSOR & FISHER, P.A. <br> 1990 N. CALIFORNIA BLVD. <br> SUITE 940 <br> WALNUT CREEK, CA  94596 <br> Telephone No: 925-300-4455 <br><br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

United States District Court For The Northern District Of California

Plaintiff: JOSEPH GREGORIO AND PATRICK QUIROZ, et al.
Defendant: THE CLOROX COMPANY

| **PROOF OF SERVICE** <br> **SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV 17-3824 JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; ; CIVIL COVER SHEET; CLASS ACTION COMPLAINT; SAN FRANCISCO FILING PROCEDURES; CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO; NOTICE OF CASE ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS; WAIVER OF THE SERVICE OF SUMMONS; ECF REGISTRATION INFORMATION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

3. a. Party served: THE CLOROX COMPANY
   b. Person served: GABRIELA SANCHEZ, PROCESS SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT.

4. Address where the party was served: 818 WEST SEVENTH STREET
   SUITE 930
   LOS ANGELES, CA  90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Jul. 18, 2017 (2) at: 2:55PM

7. *Person Who Served Papers:*    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG  FORREST
   d. *The Fee* for Service was:
   
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone  (213) 250-9111
   Fax        (213) 250-1197
   www.firstlegalnetwork.com
   
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:     5141
      (iii) County:                Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Jul. 19, 2017

_____
(DOUG  FORREST)

| Judicial Council Form <br> Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE <br> SUMMONS | 7410123;cr.burfi.897324 |
|---|---|---|