**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiffs*

**JENNER & BLOCK LLP**
Dean N. Panos (*Applying Pro Hac Vice*)
dpanos@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Phone: (312) 222-9350
Facsimile: (312) 527-0484

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GREGORIO and PATRICK QUIROZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CLOROX COMPANY,<br><br>Defendant. | Case No.  4:17-cv-03824-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR MOTION TO DISMISS, MOTION TO APPOINT INTERIM CLASS COUNSEL, AND CASE MANAGEMENT CONFERENCE AS MODIFIED** |

STIPULATION AND [PROPOSED] ORDER RE MOTION TO DISMISS, MOTION TO APPOINT
INTERIM CLASS COUNSEL, AND CASE MANAGEMENT CONFERENCE.
CASE NO. 4:17-CV-03824-PJH

1   Plaintiffs Joseph Gregorio and Patrick Quiroz and Defendant The Clorox Company, by and
2   through their counsel of record, enter into the following stipulation, based on the recitals below:
3   WHEREAS, on July 5, 2017, Plaintiffs filed their Class Action Complaint (*see* Dkt. No. 1).
4   WHEREAS, on July 26, 2017, the Parties agreed to extend Defendant's time to answer or
5   otherwise respond to the Complaint by thirty (30) days, making its response date due September 7,
6   2017 (*see* Dkt. No. 7).
7   WHEREAS, on August 7, 2017, this Court issued an order setting a case management
8   conference for October 12, 2017 (*see* Dkt. No. 14).
9   WHEREAS, on September 7, 2017, Defendant filed its Motion to Dismiss or in the
10  Alternative Strike Certain Allegations with a hearing date for October 18, 2017 (*see* Dkt. No. 17).
11  WHEREAS, on September 7, 2017, Plaintiff's counsel filed its Motion to Appoint Interim
12  Class Counsel in light of related case, *Cooper v. The Clorox Company*, 17-CV-04854-PJH (*see*
13  Dkt. No. 20), and the Court has since set the hearing date for that motion for October 12, 2017.
14  WHEREAS, the current schedule and hearing dates are as follows:
15      Plaintiffs' Opposition to Motion to Dismiss – September 21, 2017
16      Defendant's Reply in support of Motion to dismiss – September 28, 2017
17      Hearing Date for Motion to Dismiss – October 18, 2017
18      Hearing Date for Motion to Appoint Interim Class Counsel – October 12, 2017
19      Case Management Conference – October 12, 2017
20  WHEREAS, due to scheduling conflicts and to conserve resources and streamline the
21  schedule in light of the pending motion to dismiss that may alter the scope of this case, Parties have
22  agreed, subject to the Court's approval, to continue the dates as follows:
23      Plaintiffs' Opposition to Motion to Dismiss – September 28, 2017
24      Defendant's Reply in support of Motion to Dismiss – October 5, 2017
25      Hearing Date for Motion to Dismiss – November 1, 2017[1]
26      Hearing Date for Motion to Appoint Interim Class Counsel – November 1, 2017

---

[1] Lead counsel for Defendant is having surgery in mid-October and therefore would be unable to attend the currently scheduled October 12 and October 18, 2017 hearing dates.

28  STIPULATION AND [PROPOSED] ORDER RE MOTION TO DISMISS, MOTION TO APPOINT                        1
    INTERIM CLASS COUNSEL, AND CASE MANAGEMENT CONFERENCE.
    CASE NO. 4:17-CV-03824-PJH

Case Management Conference – November 1, 2017

NOW THEREFORE, the Parties hereby stipulate, subject court approval, that (a) Plaintiffs' deadline to file their opposition brief shall be extended to September 28, 2017; (b) Defendant's deadline to file its reply brief shall be extended to October 5, 2017; (c) the Court's hearing on Defendant's Motion to Dismiss or in the Alternative Strike Certain Allegations shall be continued from to November 1, 2017; (d) the case management conference will also be continued until November 1, 2017, or another date of the Court's choosing; and (e) the hearing for the Motion to Appoint Interim Class Counsel be also continued to November 1, 2017.

IT IS SO STIPULATED.

Dated:  September 14, 2017          **BURSOR & FISHER, P.A.**

By:     */s/ L. Timothy Fisher*
            L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Email: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
E-Mail: scott@bursor.com

*Attorneys for Plaintiffs*

Dated:  September 13, 2017          **JENNER & BLOCK LLP**

By:     */s/ Dean N. Panos*
            Dean N. Panos

Dean N. Panos (*Pro Hac Vice*)
dpanos@jenner.com

STIPULATION AND [PROPOSED] ORDER RE MOTION TO DISMISS, MOTION TO APPOINT INTERIM CLASS COUNSEL, AND CASE MANAGEMENT CONFERENCE.
CASE NO. 4:17-CV-03824-PJH

2

353 N. Clark Street
Chicago, IL 60654-3456
Phone: (312) 222-9350
Facsimile: (312) 527-0484

*Attorneys for Defendant*

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, L. Timothy Fisher, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the stipulation's content and have authorized the stipulation.

>              */s/ L. Timothy Fisher*
>                L. Timothy Fisher

STIPULATION AND [PROPOSED] ORDER RE MOTION TO DISMISS, MOTION TO APPOINT INTERIM CLASS COUNSEL, AND CASE MANAGEMENT CONFERENCE.
CASE NO. 4:17-CV-03824-PJH

3

PURSUANT TO STIPULATION, IT IS SO ORDERED;

- Plaintiffs' deadline to file to file their opposition brief shall be extended from September 21, 2017 to September 28, 2017.
- Defendant's deadline to file its reply brief shall be extended from September 28, 2017 to October 5, 2017.
- The Court's hearing on Defendant's Motion to Dismiss or in the Alternative Strike Certain Allegations shall be continued from October 18, 2017 to November 1, 2017.
- The Case Management Conference is vacated. ~~shall be continued from October 12, 2017 to November 1, 2017.~~
- The Court's hearing on Plaintiffs' Motion to Appoint Interim Class Counsel shall be continued from October ~~12~~ 18, 2017 to November 1, 2017.

Dated: September 18, 2017

Honorable Phyllis J. Hamilton
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE MOTION TO DISMISS, MOTION TO APPOINT INTERIM CLASS COUNSEL, AND CASE MANAGEMENT CONFERENCE.
CASE NO. 4:17-CV-03824-PJH

4