UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GREGORIO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE CLOROX COMPANY,<br><br>　　　　Defendant.<br><br>THIS DOCUMENT RELATES TO:<br><br>4:17-cv-04854-PJH | Case No. 17-cv-03824-PJH<br><br>**ORDER SUSPENDING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 17 |

On September 7, 2017, defendant filed a motion to dismiss noticed for hearing on October 18, 2017. Plaintiffs' motion for appointment of interim class counsel was also noticed for hearing on the same day. The hearing date for both motions was subsequently continued to November 1, 2017 by stipulation of the parties. In the meantime, on September 11, 2017, the court issued an order relating Cooper v. Clorox Company, No. 17-cv-04854-PJH with the above-captioned action. On September 21, 2017, plaintiffs in Cooper filed a motion to consolidate the Cooper action and the above-captioned action, and to appoint interim class counsel, also noticed for hearing on November 1, 2017. They also filed an opposition to the motion of plaintiffs in Gregorio for appointment of interim class counsel. Thus, four motions are currently pending for

1  hearing on November 1, 2017: <u>Gregorio</u> defendant's motion to dismiss, <u>Gregorio</u>
2  plaintiffs' motion for appointment of class counsel, <u>Cooper</u> plaintiffs' motion for
3  appointment of class counsel, and <u>Cooper</u> plaintiffs' motion to consolidate.
4    Because the granting of a motion to consolidate these two cases would
5  necessitate the filing of an amended consolidated class complaint, the court prefers to
6  hear and decide the motion to consolidate before turning to any motion to dismiss.  Thus,
7  the court hereby vacates the hearing date as to defendant's motion to dismiss and
8  suspends the briefing schedule for that motion until further discussion at the November 1,
9  2017 hearing, at which time a new hearing date will be assigned should defendant wish
10 to pursue the motion after consideration of the ruling on the motion to consolidate.

11 **IT IS SO ORDERED.**

12 Dated: September 22, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge