**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

[Additional Counsel on Signature Page]

**JENNER & BLOCK LLP**
Dean N. Panos (*Admitted Pro Hac Vice*)
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
E-Mail: dpanos@jenner.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GREGORIO and PATRICK QUIROZ, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br> v.<br><br>THE CLOROX COMPANY,<br><br>       Defendant. | Case No. 4:17-cv-03824-PJH<br><br>**JOINT STIPULATION** |

1   WHEREAS, Plaintiffs Joseph Gregorio and Patrick Quiroz filed their Class Action Complaint on July 5, 2017 (the "*Gregorio* Matter") (ECF No. 1);

2   WHEREAS, Adam Cooper and Ryan Matuszewski filed a similar action against Defendant on August 21, 2017 in a case captioned *Cooper v. The Clorox Company*, 3:17-cv-04854 (N.D. Cal.) (the "*Cooper* Matter");

3   WHEREAS, on September 7, 2017, the *Gregorio* Plaintiffs filed a motion to appoint their attorneys as interim lead counsel pursuant to Fed. R. Civ. P. 23(g)(3) (ECF No. 20);

4   WHEREAS, on September 11, 2017, the Court issued and Order relating the *Cooper* Matter to the *Gregorio* Matter;

5   WHEREAS, on September 21, 2017, the *Cooper* Plaintiffs filed an opposition to the *Gregorio* Plaintiffs' Rule 23(g)(3) motion and a motion on the *Cooper* docket to appoint their counsel as interim lead counsel;

6   WHEREAS, on September 22, 2017, the Court issued an Order suspending the briefing schedule on Defendant's pending motion to dismiss in light of the *Gregorio* and *Cooper* matters potentially being consolidated and setting a hearing on the competing Rule 23(g)(3) motions for November 1, 2017 at 9:00 a.m.;

7   WHEREAS, counsel for the *Gregorio* and *Cooper* plaintiffs have now agreed to prosecute this action together;

THE PARTIES NOW STIPULATE AND NOTIFY THE COURT OF THE FOLLOWING:

1. The *Cooper* plaintiffs will voluntarily dismiss the Cooper Matter;
2. Defendant consents to the *Gregorio* plaintiffs filing an amended complaint on or before **October 26, 2017**, adding the *Cooper* plaintiffs and their counsel;
3. Defendant will respond to the amended complaint within 21 days of its filing;
4. The *Gregorio* plaintiffs will withdraw their motion for interim lead counsel, mooting the November 1, 2017 hearing date;
5. The *Gregorio* plaintiffs will move to have counsel for the *Gregorio* Matter and the *Cooper* Matter appointed as co-interim lead counsel on or before **October 26, 2017**.

| | | |
|---|---|---|
| 1 | Dated: October 5, 2017 | **BURSOR & FISHER, P.A.** |
| 2 | | |
| 3 | | By:   */s/ L. Timothy Fisher*   |
| | | L. Timothy Fisher |
| 4 | | |
| | | L. Timothy Fisher (State Bar No. 191626) |
| 5 | | 1990 North California Blvd., Suite 940 |
| | | Walnut Creek, CA  94596 |
| 6 | | Telephone: (925) 300-4455 |
| | | Facsimile: (925) 407-2700 |
| 7 | | Email: ltfisher@bursor.com |
| 8 | | |
| | | **BURSOR & FISHER, P.A.** |
| 9 | | Scott A. Bursor (State Bar No. 276006) |
| | | 888 Seventh Avenue |
| 10 | | New York, NY  10019 |
| | | Telephone: (212) 989-9113 |
| 11 | | Facsimile:  (212) 989-9163 |
| 12 | | E-Mail: scott@bursor.com |
| 13 | | *Attorneys for the Gregorio Plaintiffs* |
| 14 | | |
| 15 | Dated: October 5, 2017 | **RICHMAN LAW GROUP** |
| 16 | | By:   */s/ Jaimie Mak*   |
| | | Jaimie Mak |
| 17 | | |
| 18 | | Jaimie Mak  (State Bar No. 236505) |
| | | Kim E. Richman (*Pro hac vice* forthcoming) |
| 19 | | 535 Mission Street |
| | | San Francisco, CA 94105 |
| 20 | | Telephone: (415) 259-5688 |
| | | Facsimile: (718) 228-8522 |
| 21 | | E-Mail: jmak@richmanlawgroup.com |
| | | krichman@richmanlawgroup.com |
| 22 | | |
| 23 | | **FINKELSTEIN, BLANKINSHIP,** |
| | | **FREI-PEARSON & GARBER, LLP** |
| 24 | | Todd G. Garber (*Pro hac vice* forthcoming) |
| | | Bradley F. Silverman (*Pro hac vice* forthcoming) |
| 25 | | 405 Hamilton Avenue, Suite 605 |
| | | White Plains, New York 10601 |
| 26 | | Telephone: (914) 298-3281 |
| | | Facsimile: (914) 824-1561 |
| 27 | | E-Mail:  tgarber@fbfglaw.com |
| 28 | | bsilverman@fbfglaw.com |

*Attorneys for the Cooper Plaintiffs*

Dated: October 5, 2017            **JENNER & BLOCK LLP**

By:   */s/ Dean N. Panos*
      Dean N. Panos

Dean N. Panos (*Admitted Pro Hac Vice*)
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
E-Mail: dpanos@jenner.com

*Attorneys for Defendant*

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, L. Timothy Fisher, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the stipulation's content and have authorized the stipulation.

        */s/ L. Timothy Fisher*
        L. Timothy Fisher