**JENNER & BLOCK LLP**
Kenneth K. Lee (Cal. Bar No. 264296)
klee@jenner.com
Sandra Hanian (Cal. Bar No. 305983)
shanian@jenner.com
633 West 5th Street Suite 3600
Los Angeles, CA 90071-2054
Phone:       (213) 239-5100
Facsimile:   (213) 239-5199

**JENNER & BLOCK LLP**
Dean N. Panos (*Pro Hac Vice*)
dpanos@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Phone:       (312) 222-9350
Facsimile:   (312) 527-0484

Attorneys for Defendant
The Clorox Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GREGORIO PATRICK QUIROZ, and ADAM COOPER, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>THE CLOROX COMPANY,<br><br>                    Defendant. | Case No. 4:17-cv-03824-PJH<br><br>**[PROPOSED] ORDER GRANTING THE CLOROX COMPANY'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT OR, IN THE ALTERNATIVE, STRIKE CERTAIN ALLEGATIONS**<br><br>Date:   December 20, 2017<br>Time:   9:00am<br>Ctrm:   3<br>Judge:  Honorable Phyllis J. Hamilton |

**[PROPOSED] ORDER**

Defendant The Clorox Company's motion to dismiss Plaintiffs' First Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) came before the Court for hearing on December 20, 2017.  Counsel for the parties appeared at the hearing.  The Court considered all of the papers and arguments provided to the Court and the oral arguments delivered at the hearing.  After full consideration of Defendant's motion, the Court finds that the case should be dismissed with prejudice and accordingly GRANTS Defendant's motion to dismiss.

IT IS SO ORDERED.

Dated: _____, 2017        By: _____
                                        Honorable Phyllis J. Hamilton
                                        United States District Judge