UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JOSEPH GREGORIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CLOROX COMPANY,<br><br>Defendant. | Case No. 17-cv-03824-PJH (LB)<br><br>**DISCOVERY ORDER**<br><br>Re: ECF No. 67 |

The district judge referred all discovery matters to the undersigned.[1] The parties have pending discovery disputes.[2] The court sets a case-management conference on August 2, 2018, at 11:00 a.m. to address the disputes and orders the following.

The case is about Clorox's allegedly mislabeling certain products that it sells as "natural" or "naturally derived" when they actually contain ingredients that are synthetic and non-natural.[3] The discovery disputes are about the timing and scope of production. From the letter brief, the parties ought to be able to resolve some issues by conferring. For example, they can at least propose time frames for production (other than the unworkable July 12). They also should be able to propose first

---

[1] Order of Reference, ECF No. 68. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Joint Letter – ECF No. 67.

[3] FAC – ECF No. 35 at 2.

ORDER – No. 17-cv-03824-PJH (LB)

steps for production (say, agreeing on a time period that begins at some reasonable time period preceding relevant label changes). Similarly, they should be able to agree on first steps for email searches and at least agree on a time frame for providing their respective positions.

The court hopes that the parties can work out their disputes (given that their positions seem amenable to resolution through a meet-and-confer process) but asks for a new joint statement by July 26, 2018, a week before the hearing. The parties also may vacate the case-management conference by stipulation if they resolve their disputes.

For all future disputes, the parties must comply with the undersigned's standing order (attached). The dispute procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: July 10, 2018

_____
LAUREL BEELER
United States Magistrate Judge