# BURSOR & FISHER P.A.

1990 N. CALIFORNIA BLVD.
SUITE 940
WALNUT CREEK, CA 94596
www.bursor.com

L. TIMOTHY FISHER
Tel: 925.300.4455
Fax: 925.407.2700
ltfisher@bursor.com

January 4, 2019

<u>**Via ECF**</u>

The Honorable Phyllis J. Hamilton
United States District Court
Oakland Courthouse, Courtroom 3 - 3rd Floor
1301 Clay Street
Oakland, CA 94612

Re:   *Gregorio v. The Clorox Company*, 17-cv-03824-PJH

Dear Judge Hamilton:

The Parties in the above-captioned matter submit this joint letter motion pursuant to Civil. L. R. 7-11 and the Case Management And Pretrial Order (ECF No. 64) issued in this case in order to request a brief extension of hearing date set for class certification and to set the briefing schedule for that motion.

The hearing on Plaintiffs' class certification motion is currently set for May 29, 2019. The Parties jointly request that the Court extend the hearing date by two and a half months and enter the following schedule for briefing and expert discovery:

| Date | Event |
| --- | --- |
| May 15, 2019 | Plaintiffs to file motion for class certification |
| July 10, 2019 | Defendant to file opposition to class certification |
| July 31, 2019 | Plaintiffs to file reply in support of class certification |
| August 14, 2019 | Hearing on class certification |
| September 16, 2019 | Disclosure of experts |
| October 7, 2019 | Disclosure of rebuttal experts |
| October 31, 2019 | Expert discovery cutoff |

Given the impacted work schedules of counsel for both parties, the time-consuming nature of the discovery yet to be completed, and the discovery that will have to take place during the class certification briefing itself, there is good cause for the Court to agree to this brief

BURSOR&FISHER
P.A.

PAGE 2

extension.  The Parties have not previously requested an extension related to this motion.  This extension will not affect any of the other dates set forth in the Case Management And Pretrial Order.

                            Very truly yours,

                            L. Timothy Fisher