## BURSOR & FISHER
P.A.

1990 N. California Blvd.
SUITE 940
WALNUT CREEK, CA 94596
www.bursor.com

L. TIMOTHY FISHER
Tel: 925.300.4455
Fax: 925.407.2700
ltfisher@bursor.com

January 28, 2019

*Via ECF*

The Honorable Laurel Beeler
United States Magistrate Judge
San Francisco Courthouse, Courtroom C – 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   *Gregorio et al. v. The Clorox Company*, Case No. 4:17-cv-03824-PHJ
      **Joint Discovery Dispute Letter Motion**

Dear Judge Beeler:

The Parties hereby submit this joint letter brief pursuant to Your Honor's Standing Order (ECF No. 69-1). The parties met and conferred via multiple phone calls and by email, but are unable to reach agreement on the following outstanding discovery issues related to Defendant's privilege log.

**Plaintiffs' Position**

Defendant has provided Plaintiffs with a privilege log describing 175 responsive documents that it is withholding. Ex. A. Many of Defendant's assertions of the attorney-client privilege and the work product doctrine, however, are inappropriate and the Court should require Defendant to produce several categories of withheld documents.

First, Defendant asserts that 68 documents are protected by the work product doctrine even though they were created long before litigation was ever anticipated.[1] Defendant received Plaintiffs' demand letter on February 2, 2017 and the initial Complaint was filed on July 6, 2017. The label at issue did not even appear on the relevant products until January 2017. Despite this, Defendant claims that documents created as far back as 2013 are work product. But, given the timeline of this case, these documents could not possibly have been created in anticipation of litigation.

Defense counsel responds that the work product doctrine applies because use of the word

---

[1] CNTRL00374317-20, CNTRL00374328-36, CNTRL00536622-27, CNTRL00536629-35, CNTRL00536732-45, CNTRL00538002, CNTRL00540311, CNTRL00541178-86, CNTRL00541188-91, CNTRL00566919-24 and CNTRL00566926-32.

'natural' has been a flashpoint for litigation.  But "[t]he work product rule does not apply merely because there is a remote prospect of future litigation."  *Arfa v. Zionist Org. of Am.*, 2014 WL 815496, at *4 (C.D. Cal. Mar. 3, 2014) (citing *Fox v. California Sierra Fin. Servs.*, 120 F.R.D. 520, 524 (N.D. Cal. 1988)).  Rather, the protections of the work product doctrine attach only "if the prospect of litigation is identifiable because of **specific** claims that have already arisen." *Conner Peripherals, Inc. v. W. Digital Corp.*, 1993 WL 726815, at *4 (N.D. Cal. June 8, 1993) (emphasis added); *Fox*, 120 F.R.D. at 525 ("there must be an identifiable prospect of litigation (i.e. specific claims that have already arisen) at the time the documents were prepared."); *Lewis v. Wells Fargo & Co.*, 266 F.R.D. 433, 441 (N.D. Cal. 2010) ("A generalized fear of litigation does not turn a compliance audit into attorney work product.").  Here, as it confirmed repeatedly during the Parties' meet and confer efforts, Defendant cannot point to any litigation with specific claims that was identifiable when the documents were created in 2013-16.  As such, the documents were not created in anticipation of litigation and cannot be properly deemed work product.  *Id.* at 439 (that documents were not created in anticipation of litigation was "apparent from the fact that the audits began at least year before the . . . case was filed); *Marceau v. IBEW Local 1269*, 246 F.R.D. 610, 614 (D. Ariz. 2007) ("[T]he fact that litigation was not imminent tends to support the argument that the Report was not prepared in anticipation of litigation.").

Second, Defendant asserts the work product doctrine for nine documents that were authored by non-attorneys working outside of Defendant's legal department.[2]  But it is hard to comprehend how documents like CNTRL00536622, an e-mail between two non-lawyers drafted a year and a half before Defendant received Plaintiffs' demand letter, was created in anticipation of litigation rather than for normal business purposes.  While documents prepared by non-attorneys can fall under the protections of the work product doctrine when they are "created at the direction of attorneys, by agents of attorneys, or under the supervision of attorneys," *Wadelton v. Dep't of State*, 208 F. Supp. 3d 20, 32 (D.D.C. 2016), Defendant has not provided any information, in either its privilege log or through the meet and confer process, that would enable it to meet its burden on this front.  As such, the work product doctrine does not apply to these documents either.[3]

Third, Defendant asserts the attorney-client privilege for 64 Microsoft Excel Spreadsheets that cannot be considered attorney-client communications because they were never communicated to or from an attorney, or, several cases, anyone at all.  The 13 spreadsheets that were never sent to anyone[4] are plainly not privileged because they are not communications.  *See, e.g.*, *United States v. Richey*, 632 F.3d 559, 567 (9th Cir. 2011) ("to the extent the files contain

---

[2] CNTRL00536622-23, CNTRL00536732, CNTRL00538002, CNTRL00540311, CNTRL00541178, CNTRL00541184-85 and CNTRL00566919.

[3] *See, e.g.*, *President & Fellows of Harvard Coll. v. Elmore*, 2016 WL 7508832, at *2 (D.N.M. Apr. 13, 2016) (emails drafted by non-attorney were not work product because he was not "acting in an agency or indemnitor's capacity when he authored the e-mails at issue," and there was no indication "that he authored the e-mails at the direction of an attorney"); *In re Application of Republic of Ecuador*, 280 F.R.D. 506, 513 (N.D. Cal. 2012) ("notes, task lists, outlines, memoranda, presentations, and draft letters authored by . . . non-attorney Chevron employees . . . must be disclosed as they . . . are not independently protected as work product").

[4] CNTRL00374317-20, CNTRL00374328-36.

documents that were not communications, they are not protected by the attorney-client privilege"); *S.E.C. v. Beacon Hill Asset Mgmt. LLC*, 231 F.R.D. 134, 143 (S.D.N.Y. 2004) ("To bthe extent that BH relies on the attorney-client privilege to protect the spreadsheets, its index and affidavit are woefully inadequate. . . .  [T]he index fails to identify an essential element of the attorney-client privilege, namely the existence of an attorney-client communication."); *RBS Citizens, N.A. v. Husain*, 291 F.R.D. 209, 220 (N.D. Ill. 2013) ("These documents," including spreadsheets, "are not protected under the attorney-client privilege . . . because they are not communications to or from an attorney, nor is there any indication that they were intended to be confidential.").  But even the 51 spreadsheets that were attached to emails[5] are not privileged because they were not part of a communication with an attorney and there is no indication that they were made for the purpose of obtaining or relaying legal advice.

<u>Finally</u>, Defendant improperly withholds four emails between non-attorneys as privileged.[6]  Communications between non-attorneys within a corporation are only protected by the attorney client privilege when they are made "for the purpose of obtaining or relaying legal advice."  *Applied Medical Resources Corp. v. Ethicon, Inc.*, 2005 WL 6567355 *2 (C.D. Cal. May 23, 2005).  Here, however, there is no indication in the privilege log that any of these communications involved the obtaining or relaying of legal advice.  During the meet and confer process, Defendant clarified that these four emails involved forwarding the spreadsheets described above, which are not privileged, and, vaguely, that the communications "discuss[] legal advice regarding Green Works claims."  As such, they cannot be properly deemed privileged.  *See, e.g.*, *Lewis*, 266 F.R.D. at 444 ("if any of the non-attorney communications between employees . . . that are listed on Defendants' privilege log do not expressly reference communications with counsel, Defendants will need to take care not to withhold those documents improperly on the basis of attorney-client privilege").

**<u>Defendant's Positions</u>**

As this Court is aware, this putative class action lawsuit centers on whether the phrase "naturally derived" found on the packaging of Clorox's Green Works cleaning products is deceptive in light of a small amount of synthetic ingredients.  It is undisputed that Green Works products contain at least 95% naturally derived ingredients, and that Clorox has publicly disclosed that its products contain a small amount of synthetic fragrances, coloring, and preservatives because of the lack of suitable alternative ingredients.  Nonetheless, Plaintiffs claim that they believed that "naturally derived" meant "100% natural" or "all natural," and that they expected Green Works toilet bowl cleaners, detergents, and other cleaning products to be completely free of any synthetic ingredients.

In response to Plaintiffs' discovery requests, Clorox has produced thousands of pages of documents, but it has withheld fewer than 200 documents on the basis of attorney-client privilege and/or attorney work-product doctrine.  In response to Plaintiffs' requests, Clorox has amended its privilege log to provide further detail (Ex. A), participated in multiple phone calls,

---

[5] CNTRL00536623-27, CNTRL00536629-35, CNTRL00536733-45, CNTRL00538002, CNTRL00540311, CNTRL00541179-91, CNTRL00566920-24 and CNTRL00566926-32.
[6] CNTRL00536622, CNTRL00536732, CNTRL00541178 and CNTRL00566919.

and provided lengthy email correspondence that provides detailed information on the disputed documents.  *See* Ex. B (email correspondence with Plaintiffs' counsel).  Nonetheless, Plaintiffs persist in trying to obtain these privileged and confidential documents.  Plaintiffs' points are not well-taken.

First, Plaintiffs insist that 68 documents are not entitled to the work-product protection because their creation preceded the filing of this lawsuit in 2017. But the case law is clear that the "anticipation of litigation" requirement is met as long as "there was some threat of an adversarial proceeding."  *Ocean Mammal Inst. v. Gates*, No. 07-00254, 2008 WL 2185180, at (*11) (D. Haw. May 27, 2008) (citing *F.T.C. v. Grolier Inc.*, 462 U.S. 19, 25 (1983)). Importantly, when a party has "been sued in the past few years on the same or similar types of program," courts conclude that relevant documents were "prepared in anticipation of litigation." *Id.* at *13.  As one court explained, "work product is not merely that material prepared after initiation of litigation, but also material prepared in *anticipation* of there being litigation." *Bendure v. Star Targets*, No. 14-89, 2015 WL 8375137, at *5 (D. Mont. Dec. 9, 2015) (emphasis added).

Here, as Plaintiffs acknowledge, the use of the term "natural" on food products has become a flashpoint for litigation with literally dozens of false advertising lawsuits being filed across the country in the past half-decade.  Indeed, the FDA in 2015 initiated regulatory review of the use of the word "natural" because of the tsunami of "litigation between private parties." *See* https://www.federalregister.gov/ documents/2015/11/12/2015-28779/use-of-the-term-natural-in-the-labeling-of-human-food-products-request-for-information-and-comments.

As Clorox's counsel explained during a recent meet-and-confer, Clorox potentially anticipated litigation over the use of the word "natural" on Green Works product because Clorox over the past several years has faced numerous threats of litigation concerning the word "natural" on other products in its portfolio.  In other words, Clorox "in the past few years" has faced "the same or similar types" of claims, and therefore approached "natural" claims on Green Works "in anticipation of litigation." *Ocean Mammal Inst.*, 2008 WL 2185180, at *13.  Accordingly, documents concerning the use of the word "natural" on Green Works products were created in anticipation of litigation, even if this lawsuit had not yet been filed at the time. *Cf., e.g., Redding v. Prosight Specialty Mgmt. Co., Inc.*, is on-point.  No 12-98-H-CCL, 2013 WL 12316880, at *4 (D. Mont. Jan. 14, 2013) (citing *FTC v. Grolier Inc.*, 462 U.S. 19, 26 (1983) (rejecting plaintiff's "narrow view of the Rule 26(b)(3) protection" in which he argued that the work product doctrine only applies if it the document was prepared in "anticipation of the *current* litigation.").

Second, Plaintiff objects to the assertion of the attorney work-product for nine documents that were authored by non-attorneys.  But as the privilege log shows, these emails incorporate "legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products" and attach several documents authored by attorneys.  *See, e.g.*, Ex. A at Doc No. 50 (amended privilege log) and Ex. B (explaining that the emails are "parents" to various work product documents authored by in-house counsel).

Third, Plaintiffs try to cast aside the attorney-client privilege in seeking privileged information contained in Microsoft Excel spreadsheets.  As reflected in the privilege log and as explained during a meet-and-confer call as well as in a Jan. 11, 2019 email (Ex. B), the Excel

spreadsheets include legal advice authored by Clorox's in-house counsel.  The mere fact that this legal advice was included in spreadsheets (as opposed to an email or a Word document) does not somehow deny them of their privilege.  *See, e.g., In re Morning Song Bird Food Litig.,* 2015 WL 12791473, at *3 (S.D. Cal. July 17, 2015) (denying a motion to compel documents, including "spreadsheets circulated among client personnel and environmental, health, and safety field auditors," and "spreadsheet reports circulated among client personnel and environmental, health, and safety field auditors" on the basis of attorney-client privilege); *Cook v. Taser Int'l, Inc.*, 2006 WL 1520243, at *4 (D. Nev. May 26, 2006) (denying a motion to compel "spreadsheets and other documents to which Plaintiff objects based on its assertion of the attorney-client privilege or work-product doctrine").

Plaintiffs make the secondary argument that some of the Excel spreadsheets were not attached to any emails, and that therefore they are not "communications."  But as Clorox's counsel explained in a January 18, 2019 email, those Excel spreadsheets are likely prior or different drafts of the spreadsheets that were sent (or are copies of spreadsheets that were saved before they were attached and sent). Ex. B.  Courts have held that even prior drafts of communications are still protected under the attorney-client privilege.  *See, e.g., Gen-Probe Inc. v. Becton, Dickinson & Co.,* No. 09-CV-2319, 2012 WL 3762447, at *2 (S.D. Cal. Aug. 29, 2012) ("[Defendant] argues that the drafts cannot be protected by the attorney-client privilege because they are not 'actual communications.'  This argument is not persuasive … the communications remain protected by the attorney client privilege."); *Ideal Elec. Co. v. Flowserve Corp.,* 230 F.R.D. 603, 608 (D. Nev. 2005): "[T]his Court concludes that attorney-client privilege protects the draft affidavits.").

<u>Finally</u>, Plaintiffs seek to strip attorney-client privilege from four emails because they involved non-lawyers.  But Plaintiffs acknowledge that communications between non-attorneys are still privileged if they were sent "for the purpose of obtaining or relaying legal advice." *Applied Medical Resources Corp. v. Ethicon, Inc.*, 2005 WL 6567355 *2 (C.D. Cal. May 23, 2005).  As explained in Clorox's outside counsel's January 19 email to Plaintiffs (Ex. B), these emails clearly are "relaying legal advice":

- CNTRL00536622 and CNTRL00536732 – Email from Matt Richards to Connie Lin forwarding privileged claims matrixes [*i.e.*, spreadsheets containing legal advice from in-house counsel] and discussing legal advice regarding Green Works claims.

- CNTRL00541178 - Email from Matt Richards to Chelsea Broderick and Khorshid Rahmaninejad forwarding privileged claims matrixes [*i.e.*, spreadsheets containing legal advice from in-house counsel] and discussing legal advice regarding Green Works claims.

- CNTRL00566919 - Email from Matt Richards to Melissa Saye and Gretchen Hellmann forwarding privileged claims matrixes [*i.e.*, spreadsheets containing legal advice from in-house counsel] and discussing legal advice regarding Green Works claims.

BURSOR&FISHER
P.A.

Dated: January 28, 2019

**BURSOR & FISHER, P.A.**

By: _  /s/ L. Timothy Fisher_  _____
        L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Email: ltfisher@bursor.com

*Attorneys for Plaintiffs*

Dated: January 28, 2019

**JENNER & BLOCK LLP**

By: _  /s/ Kenneth K. Lee_  _____
          Kenneth K. Lee

633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone: (213) 239-5152
Email: klee@jenner.com

Dean N. Panos (*Pro Hac Vice*)
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Email: dpanos@jenner.com

*Attorneys for Defendant*

**EXHIBIT A**

The Clorox Company's Amended Privilege Log

| Control Number | No. | File Description | Page Count | Doc Date | Date Sent | Author | From (Email) | To (Email) | CC (Email) | Email Subject | File Name | Privilege Basis | Privilege Log Descriptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CNTRL00170605 | 1 | Microsoft Outlook Note | 1 | 7/20/2017 1:03 | 7/20/2017 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | emily.thompson@clorox.com | | 1 Action Required: Greenworks Threatened Class Action (Rosillo) Legal Hold Notice Reminder | 1 Action Required: Greenworks Threatened Class Action (Rosillo) Legal Hold Notice Reminder | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00170797 | 2 | Microsoft Outlook Note | 1 | 7/25/2017 11:30 | 7/25/2017 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | emily.thompson@clorox.com | | Action Required: Gregorio and Quiroz v. The Clorox Company Legal Hold Notice | Action Required: Gregorio and Quiroz v. The Clorox Company Legal Hold Notice | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00171471 | 3 | Microsoft Outlook Note | 1 | 7/13/2017 9:20 | 7/13/2017 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | Emily Thompson <emily.thompson@clorox.com> | | Action Required: Greenworks Threatened Class Action (Rosillo) Legal Hold Notice | Action Required: Greenworks Threatened Class Action (Rosillo) Legal Hold Notice | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00172993 | 4 | Microsoft Outlook Note | 1 | 7/26/2017 9:00 | 7/26/2017 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | emily.thompson@clorox.com | | Threatened Class Action (Cooper/Matuszewski re "naturally derived" and "green" claims) Rev. Legal Hold Notice | Threatened Class Action (Cooper/Matuszewski re "naturally derived" and "green" claims) Rev. Legal Hold Notice | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00173060 | 5 | Microsoft Outlook Note | 1 | 7/27/2017 1:01 | 7/27/2017 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | emily.thompson@clorox.com | | 2 Action Required: Greenworks Threatened Class Action (Rosillo) Legal Hold Notice Reminder | 2 Action Required: Greenworks Threatened Class Action (Rosillo) Legal Hold Notice Reminder | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00173219 | 6 | Microsoft Outlook Note | 1 | 8/1/2017 1:00 | 8/1/2017 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | emily.thompson@clorox.com | | 1 Action Required: Gregorio and Quiroz v. The Clorox Company Legal Hold Notice Reminder | 1 Action Required: Gregorio and Quiroz v. The Clorox Company Legal Hold Notice Reminder | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00173307 | 7 | Microsoft Outlook Note | 1 | 8/2/2017 1:01 | 8/2/2017 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | emily.thompson@clorox.com | | 1 Action Required: Greenworks Threatened Class Action (Cooper/Matuszewski re "naturally derived" and "green" claims) Rev. Legal Hold Notice Reminder | 1 Action Required: Greenworks Threatened Class Action (Cooper/Matuszewski re "naturally derived" and "green" claims) Rev. Legal Hold Notice Reminder | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00173598 | 8 | Microsoft Outlook Note | 1 | 8/8/2017 1:00 | 8/8/2017 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | emily.thompson@clorox.com | | 2 Action Required: Gregorio and Quiroz v. The Clorox Company Legal Hold Notice Reminder | 2 Action Required: Gregorio and Quiroz v. The Clorox Company Legal Hold Notice Reminder | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00177092 | 9 | Microsoft Outlook Note | 1 | 9/23/2017 1:00 | 9/23/2017 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | emily.thompson@clorox.com | | Reminder: Greenworks Threatened Class Action (Rosillo) Legal Hold Notice | Reminder: Greenworks Threatened Class Action (Rosillo) Legal Hold Notice | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00179055 | 10 | Microsoft Outlook Note | 1 | 10/23/2017 1:00 | 10/23/2017 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | emily.thompson@clorox.com | | Reminder: Gregorio and Quiroz v. The Clorox Company Legal Hold Notice | Reminder: Gregorio and Quiroz v. The Clorox Company Legal Hold Notice | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00179187 | 11 | Microsoft Outlook Note | 1 | 10/24/2017 1:00 | 10/24/2017 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | emily.thompson@clorox.com | | Reminder: Greenworks Threatened Class Action (Cooper/Matuszewski re "naturally derived" and "green" claims) Rev. Legal Hold Notice | Reminder: Greenworks Threatened Class Action (Cooper/Matuszewski re "naturally derived" and "green" claims) Rev. Legal Hold Notice | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00187774 | 12 | Microsoft Outlook Note | 1 | 4/19/2018 9:10 | 4/19/2018 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | emily.thompson@clorox.com | | Action Required: Gregorio and Quiroz v. The Clorox Company - Legal Hold Notice | Action Required: Gregorio and Quiroz v. The Clorox Company - Legal Hold Notice | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00190893 | 13 | Microsoft Outlook Note | 1 | 5/9/2017 9:31 | 5/9/2017 | | "emily thompson" | Ylaria Sanchez <ylaria.sanchez@clorox.com> | | RE: Attorney Client Privileged - Green Works | RE: Attorney Client Privileged - Green Works | Attorney-Client; Work Product | Email to Clorox in-house counsel seeking legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00208377 | 14 | Microsoft Outlook Note | 1 | 2/21/2018 10:24 | 2/21/2018 | | Ellen Brown <ellen.brown@clorox.com> | Khorshid Rahmaninejad <khorshid.rahmaninejad@clorox.com> | | PRIVILEGED: Green Works | PRIVILEGED: Green Works | Attorney-Client; Work Product | Email from Clorox in-house counsel providing legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00221745 | 15 | Microsoft Outlook Note | 1 | 8/4/2017 12:25 | 8/4/2017 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | Matt Richards <matt.richards@clorox.com> | | Action Required: Gregorio and Quiroz v. The Clorox Company Legal Hold Notice | Action Required: Gregorio and Quiroz v. The Clorox Company Legal Hold Notice | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |

The Clorox Company's Amended Privilege Log

| Control Number | No. | File Description | Page Count | Doc Date | Date Sent | Author | From (Email) | To (Email) | CC (Email) | Email Subject | File Name | Privilege Basis | Privilege Log Descriptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CNTRL00221746 | 16 | Microsoft Outlook Note | 1 | 8/4/2017 12:35 | 8/4/2017 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | Matt Richards <matt.richards@clorox.com> | | Action Required: Greenworks Threatened Class Action (Rosillo) Legal Hold Notice | Action Required: Greenworks Threatened Class Action (Rosillo) Legal Hold Notice | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00221747 | 17 | Microsoft Outlook Note | 1 | 8/4/2017 12:30 | 8/4/2017 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | Matt Richards <matt.richards@clorox.com> | | Threatened Class Action (Cooper/Matuszewski re "naturally derived" and "green" claims) Rev. Legal Hold Notice | Threatened Class Action (Cooper/Matuszewski re "naturally derived" and "green" claims) Rev. Legal Hold Notice | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00237592 | 18 | Microsoft Outlook Note | 1 | 9/23/2017 1:00 | 9/23/2017 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | sacha.connor@clorox.com | | Reminder: Greenworks Threatened Class Action (Rosillo) Legal Hold Notice | Reminder: Greenworks Threatened Class Action (Rosillo) Legal Hold Notice | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00239990 | 19 | Microsoft Outlook Note | 1 | 10/23/2017 1:00 | 10/23/2017 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | sacha.connor@clorox.com | | Reminder: Gregorio and Quiroz v. The Clorox Company Legal Hold Notice | Reminder: Gregorio and Quiroz v. The Clorox Company Legal Hold Notice | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00240090 | 20 | Microsoft Outlook Note | 1 | 10/24/2017 1:00 | 10/24/2017 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | sacha.connor@clorox.com | | Reminder: Greenworks Threatened Class Action (Cooper/Matuszewski re "naturally derived" and "green" claims) Rev. Legal Hold Notice | Reminder: Greenworks Threatened Class Action (Cooper/Matuszewski re "naturally derived" and "green" claims) Rev. Legal Hold Notice | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00245783 | 21 | Microsoft Outlook Note | 1 | 1/22/2018 8:32 | 1/22/2018 | | Ellen Brown <ellen.brown@clorox.com> | Sacha Connor <sacha.connor@clorox.com>; Greg Morales <greg.morales@clorox.com> | | RE: Reminder: Gregorio and Quiroz v. The Clorox Company Legal Hold Notice | RE: Reminder: Gregorio and Quiroz v. The Clorox Company Legal Hold Notice | Attorney-Client; Work Product | Email from Clorox in-house counsel providing advice regarding document preservation notice. |
| CNTRL00250949 | 22 | Microsoft Outlook Note | 1 | 4/19/2018 9:10 | 4/19/2018 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | sacha.connor@clorox.com | | Action Required: Gregorio and Quiroz v. The Clorox Company - Legal Hold Notice | Action Required: Gregorio and Quiroz v. The Clorox Company - Legal Hold Notice | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00251028 | 23 | Microsoft Outlook Note | 1 | 4/26/2018 1:02 | 4/26/2018 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | sacha.connor@clorox.com | | 1 Action Required: Gregorio and Quiroz v. The Clorox Company - Legal Hold Notice Reminder | 1 Action Required: Gregorio and Quiroz v. The Clorox Company - Legal Hold Notice Reminder | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00251128 | 24 | Microsoft Outlook Note | 1 | 5/3/2018 1:01 | 5/3/2018 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | sacha.connor@clorox.com | | 2 Action Required: Gregorio and Quiroz v. The Clorox Company - Legal Hold Notice Reminder | 2 Action Required: Gregorio and Quiroz v. The Clorox Company - Legal Hold Notice Reminder | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00274966 | 25 | Microsoft Outlook Note | 1 | 7/13/2016 15:03 | 7/13/2016 | | Heather Day <heather.day@clorox.com> | Diane Mellett <diane.mellett@clorox.com>; Khorshid Rahmaninejad <khorshid.rahmaninejad@clorox.com>; Sacha Connor <sacha.connor@clorox.com> | Kathryn Page <kathryn.page@clorox.com>; Svetlana Walker <svetlana.walker@clorox.com> | Gw Claims Response | Gw Claims Response | Attorney-Client; Work Product | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00276401 | 26 | Microsoft Outlook Note | 1 | 7/13/2016 15:03 | 7/13/2016 | | "heather day" | "diane mellett"; "khorshid rahmaninejad"; "sacha connor" | "kathryn page"; "svetlana walker" | Gw Claims Response | Gw Claims Response | Attorney-Client; Work Product | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00308185 | 27 | Microsoft Outlook Note | 1 | 7/13/2017 9:20 | 7/13/2017 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | sacha.connor@clorox.com | | Action Required: Greenworks Threatened Class Action (Rosillo) Legal Hold Notice | Action Required: Greenworks Threatened Class Action (Rosillo) Legal Hold Notice | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00308963 | 28 | Microsoft Outlook Note | 1 | 7/25/2017 11:30 | 7/25/2017 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | sacha.connor@clorox.com | | Action Required: Gregorio and Quiroz v. The Clorox Company Legal Hold Notice | Action Required: Gregorio and Quiroz v. The Clorox Company Legal Hold Notice | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00309296 | 29 | Microsoft Outlook Note | 1 | 7/26/2017 9:00 | 7/26/2017 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | sacha.connor@clorox.com | | Threatened Class Action (Cooper/Matuszewski re "naturally derived" and "green" claims) Rev. Legal Hold Notice | Threatened Class Action (Cooper/Matuszewski re "naturally derived" and "green" claims) Rev. Legal Hold Notice | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |

The Clorox Company's Amended Privilege Log

| Control Number | No. | File Description | Page Count | Doc Date | Date Sent | Author | From (Email) | To (Email) | CC (Email) | Email Subject | File Name | Privilege Basis | Privilege Log Descriptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CNTRL00309836 | 30 | Microsoft Outlook Note | | 8/2/2017 1:01 | 8/2/2017 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | sacha.connor@clorox.com | | 1 Action Required: Greenworks Threatened Class Action (Cooper/Matuszewski re "naturally derived" and "green" claims) Rev. Legal Hold Notice Reminder | 1 Action Required: Greenworks Threatened Class Action (Cooper/Matuszewski re "naturally derived" and "green" claims) Rev. Legal Hold Notice Reminder | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00353764 | 31 | Microsoft Outlook Note | 1 | 1/21/2018 7:24 | 1/21/2018 | | Sacha Connor <sacha.connor@clorox.com> | Ellen Brown <ellen.brown@clorox.com> | | FW: Reminder: Gregorio and Quiroz v. The Clorox Company Legal Hold Notice | FW: Reminder: Gregorio and Quiroz v. The Clorox Company Legal Hold Notice | Attorney-Client; Work Product | Email to Clorox in-house counsel seeking advice regarding document preservation notice. |
| CNTRL00365234 | 32 | Microsoft Outlook Note | 1 | 2/20/2018 14:55 | 2/20/2018 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | tiffany.leung@clorox.com | | Action Required: Gregorio and Quiroz v. The Clorox Company Legal Hold Notice | Action Required: Gregorio and Quiroz v. The Clorox Company Legal Hold Notice | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00365454 | 33 | Microsoft Outlook Note | 1 | 2/27/2018 1:00 | 2/27/2018 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | tiffany.leung@clorox.com | | 1 Action Required: Gregorio and Quiroz v. The Clorox Company Legal Hold Notice Reminder | 1 Action Required: Gregorio and Quiroz v. The Clorox Company Legal Hold Notice Reminder | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00367586 | 34 | Microsoft Outlook Note | 1 | 4/19/2018 9:10 | 4/19/2018 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | tiffany.leung@clorox.com | | Action Required: Gregorio and Quiroz v. The Clorox Company - Legal Hold Notice | Action Required: Gregorio and Quiroz v. The Clorox Company - Legal Hold Notice | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00367633 | 35 | Microsoft Outlook Note | 1 | 4/20/2018 8:18 | 4/20/2018 | | Ellen Brown <ellen.brown@clorox.com> | Greg Morales <greg.morales@clorox.com> | Camille Bridges <camille.bridges@clorox.com>; Tiffany Leung <tiffany.leung@clorox.com> | FW: PRIVILEGED - Green Works IRI data | FW: PRIVILEGED - Green Works IRI data | Attorney-Client; Work Product | Email from Clorox in-house counsel providing legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00374317 | 36 | Microsoft Excel Spreadsheet | 1 | 3/1/2013 13:54 | | Lettecia Rayson | | | | | GW AFH % Natural Claims Matrix.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00374318 | 37 | Microsoft Excel Spreadsheet | 1 | 3/1/2013 13:53 | | Lettecia Rayson | | | | | GW AFH Concentrates NNFC NG 1_25_10.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00374319 | 38 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 14:26 | | Lettecia Rayson | | | | | GW APC Claims Matrix 12-03-2012.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00374320 | 39 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 11:45 | | Lettecia Rayson | | | | | GW Chlorine-Free Bleach Claims Matrix.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00374328 | 40 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 15:12 | | Lettecia Rayson | | | | | GW GBC Claims Matrix 1-20-2012.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00374329 | 41 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 15:14 | | Lettecia Rayson | | | | | GW GC Claims Matrix 1-30-2011.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00374330 | 42 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 14:57 | | Lettecia Rayson | | | | | GW GSC Claims Matrix 12-14-2011.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00374331 | 43 | Microsoft Excel Spreadsheet | 1 | 8/26/2015 14:52 | | Lettecia Rayson | | | | | GW Lakeland Claims Matrix 2-2-2011.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00374332 | 44 | Microsoft Excel Spreadsheet | 1 | 8/26/2015 14:50 | | Lettecia Rayson | | | | | GW laundry stain remover Claims Matrix_NG 1_25_10.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |

The Clorox Company's Amended Privilege Log

| Control Number | No. | File Description | Page Count | Doc Date | Date Sent | Author | From (Email) | To (Email) | CC (Email) | Email Subject | File Name | Privilege Basis | Privilege Log Descriptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CNTRL00374333 | 45 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 15:17 | | Lettecia Rayson | | | | | GW LDL Claims Matrix 1-20-2012.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00374334 | 46 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 14:59 | | Lettecia Rayson | | | | | GW MTBC Claims Matrix 1-20-2012.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00374335 | 47 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 13:36 | | Lettecia Rayson | | | | | GW Oxi Stain Remover Claims Matrix Trinity 1-20-2012.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00374336 | 48 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 15:05 | | Lettecia Rayson | | | | | GW Wipes Claims Matrix 12-14-2011.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00525360 | 49 | Microsoft Outlook Note | 1 | 4/19/2018 9:10 | 4/19/2018 | | Clorox Legal Holds <clorox.legal.holds@clorox.com> | Matt Richards Bull <matt.richards@clorox.com> | | Action Required: Gregorio and Quiroz v. The Clorox Company - Legal Hold Notice | Action Required: Gregorio and Quiroz v. The Clorox Company - Legal Hold Notice | Attorney-Client; Work Product | Document preservation notice from Clorox Senior Corporate Counsel related to lawsuit regarding labeling of Green Works cleaning products. |
| CNTRL00536622 | 50 | Microsoft Outlook Note | 1 | 8/26/2015 16:54 | 8/26/2015 | | Matt Richards <"/o=mms/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=matt richards83a271ba-0e57-48a1-bf9e-9baa41695723c44"> | Connie Lin <connie.lin@clorox.com> | | FW: GW Claims | FW: GW Claims | Attorney-Client; Work Product | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00536623 | 51 | Microsoft Excel Spreadsheet | 1 | 3/1/2013 13:54 | | Lettecia Rayson | | | | | GW AFH % Natural Claims Matrix.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00536624 | 52 | Microsoft Excel Spreadsheet | 1 | 3/1/2013 13:53 | | Lettecia Rayson | | | | | GW AFH Concentrates NNFC NG 1_2S_10.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00536625 | 53 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 14:26 | | Lettecia Rayson | | | | | GW APC Claims Matrix 12-03-2012.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00536626 | 54 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 11:45 | | Lettecia Rayson | | | | | GW Chlorine-Free Bleach Claims Matrix.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00536627 | 55 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 15:12 | | Lettecia Rayson | | | | | GW GBC Claims Matrix 1-20-2012.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00536629 | 56 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 14:57 | | Lettecia Rayson | | | | | GW GSC Claims Matrix 12-14-2011.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00536630 | 57 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 15:17 | | Lettecia Rayson | | | | | GW LDL Claims Matrix 1-20-2012.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00536631 | 58 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 14:59 | | Lettecia Rayson | | | | | GW MTBC Claims Matrix 1-20-2012.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |

The Clorox Company's Amended Privilege Log

| Control Number | No. | File Description | Page Count | Doc Date | Date Sent | Author | From (Email) | To (Email) | CC (Email) | Email Subject | File Name | Privilege Basis | Privilege Log Descriptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CNTRL00536632 | 59 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 13:36 | | Lettecia Rayson | | | | | GW Oxi Stain Remover Claims Matrix Trinity 1-20-2012.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00536633 | 60 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 15:05 | | Lettecia Rayson | | | | | GW Wipes Claims Matrix 12-14-2011.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00536634 | 61 | Microsoft Excel Spreadsheet | 1 | 8/26/2015 15:52 | | Lettecia Rayson | | | | | GW Lakeland Claims Matrix 2-2-2011.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00536635 | 62 | Microsoft Excel Spreadsheet | 1 | 8/26/2015 15:50 | | Lettecia Rayson | | | | | GW laundry stain remover Claims Matrix_NG 1_25_10.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00536732 | 63 | Microsoft Outlook Note | 1 | 9/2/2015 11:37 | 9/2/2015 | | Matt Richards <"/o=mms/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=matt richards83a271ba-0e57-48a1-bf9e-9baa41695723c44"> | Beth Azeveda <beth.azeveda@clorox.com> | | FW: GW Claims | FW: GW Claims | Attorney-Client; Work Product | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00536733 | 64 | Microsoft Excel Spreadsheet | 1 | 3/1/2013 13:54 | | Lettecia Rayson | | | | | GW AFH % Natural Claims Matrix.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00536734 | 65 | Microsoft Excel Spreadsheet | 1 | 3/1/2013 13:53 | | Lettecia Rayson | | | | | GW AFH Concentrates NNFC NG 1_25_10.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00536735 | 66 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 14:26 | | Lettecia Rayson | | | | | GW APC Claims Matrix 12-03-2012.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00536736 | 67 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 11:45 | | Lettecia Rayson | | | | | GW Chlorine-Free Bleach Claims Matrix.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00536737 | 68 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 15:12 | | Lettecia Rayson | | | | | GW GBC Claims Matrix 1-20-2012.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00536738 | 69 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 15:14 | | Lettecia Rayson | | | | | GW GC Claims Matrix 1-30-2011.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00536739 | 70 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 14:57 | | Lettecia Rayson | | | | | GW GSC Claims Matrix 12-14-2011.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00536740 | 71 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 15:17 | | Lettecia Rayson | | | | | GW LDL Claims Matrix 1-20-2012.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00536741 | 72 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 14:59 | | Lettecia Rayson | | | | | GW MTBC Claims Matrix 1-20-2012.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |

The Clorox Company's Amended Privilege Log

| Control Number | No. | File Description | Page Count | Doc Date | Date Sent | Author | From (Email) | To (Email) | CC (Email) | Email Subject | File Name | Privilege Basis | Privilege Log Descriptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CNTRL00536742 | 73 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 13:36 | | Lettecia Rayson | | | | | GW Oxi Stain Remover Claims Matrix Trinity 1-20-2012.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00536743 | 74 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 15:05 | | Lettecia Rayson | | | | | GW Wipes Claims Matrix 12-14-2011.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00536744 | 75 | Microsoft Excel Spreadsheet | 1 | 8/26/2015 15:52 | | Lettecia Rayson | | | | | GW Lakeland Claims Matrix 2-2-2011.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00536745 | 76 | Microsoft Excel Spreadsheet | 1 | 8/26/2015 15:50 | | Lettecia Rayson | | | | | GW laundry stain remover Claims Matrix_NG 1_25_10.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00536759 | 77 | Microsoft Outlook Note | 1 | 9/2/2015 14:17 | 9/2/2015 | | Matt Richards <"/o=mms/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=matt richards83a271ba-0e57-48a1-bf9e-9baa41695723c44"> | Ylaria Sanchez <ylaria.sanchez@clorox.com>; Robin Stoner <robin.stoner@clorox.com> | Gretchen Hellmann <gretchen.hellmann@clorox.com>; Patricia Cerda <patricia.cerda@clorox.com> | RE: GW Claims | RE: GW Claims | Attorney-Client | Email to Clorox in-house counsel seeking legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00536795 | 78 | Microsoft Outlook Note | 1 | 9/3/2015 11:22 | 9/3/2015 | | Matt Richards <"/o=mms/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=matt richards83a271ba-0e57-48a1-bf9e-9baa41695723c44"> | Svetlana Walker <svetlana.walker@clorox.com> | Gretchen Hellmann <gretchen.hellmann@clorox.com> | RE: GW Claims | RE: GW Claims | Attorney-Client | Email to Clorox in-house counsel seeking legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00536796 | 79 | Microsoft Outlook Note | 1 | 9/3/2015 11:32 | 9/3/2015 | | Matt Richards <"/o=mms/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=matt richards83a271ba-0e57-48a1-bf9e-9baa41695723c44"> | Svetlana Walker <svetlana.walker@clorox.com> | | RE: GW Claims | RE: GW Claims | Attorney-Client | Email to Clorox in-house counsel seeking legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00537136 | 80 | Microsoft Outlook Note | 1 | 9/22/2015 11:00 | 9/22/2015 | | Matt Richards <"/o=mms/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=matt richards83a271ba-0e57-48a1-bf9e-9baa41695723c44"> | Svetlana Walker <svetlana.walker@clorox.com>; Jim McCabe III <jim.mccabe@clorox.com> | Gretchen Hellmann <gretchen.hellmann@clorox.com> | RE: Green Works Naming Convention | RE: Green Works Naming Convention | Attorney-Client | Email to Clorox in-house counsel seeking legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00537138 | 81 | Microsoft Outlook Note | 1 | 9/22/2015 11:10 | 9/22/2015 | | Matt Richards <"/o=mms/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=matt richards83a271ba-0e57-48a1-bf9e-9baa41695723c44"> | Svetlana Walker <svetlana.walker@clorox.com>; Jim McCabe III <jim.mccabe@clorox.com> | Gretchen Hellmann <gretchen.hellmann@clorox.com>; Jim McCabe III <jim.mccabe@clorox.com> | RE: Green Works Naming Convention | RE: Green Works Naming Convention | Attorney-Client | Email to Clorox in-house counsel seeking legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00537241 | 82 | Microsoft Outlook Note | 1 | 9/28/2015 9:00 | 9/28/2015 | | Matt Richards <"/o=mms/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=matt richards83a271ba-0e57-48a1-bf9e-9baa41695723c44"> | Gretchen Hellmann <gretchen.hellmann@clorox.com> | | FW: Green Works Naming Convention | FW: Green Works Naming Convention | Attorney-Client | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00538002 | 83 | Microsoft Excel Spreadsheet | 1 | 11/6/2015 12:14 | | Lettecia Rayson | | | | | GW Chlorine-Free Bleach Claims Matrix.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00538604 | 84 | Microsoft Outlook Note | 1 | 12/8/2015 9:00 | 12/8/2015 | | Matt Richards <"/o=mms/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=matt richards83a271ba-0e57-48a1-bf9e-9baa41695723c44"> | Caroline Martin <caroline.martin@clorox.com> | Jim McCabe III <jim.mccabe@clorox.com> | RE: Clorox Environmental / Regulatory Group Contact | RE: Clorox Environmental / Regulatory Group Contact | Attorney-Client | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |

The Clorox Company's Amended Privilege Log

| Control Number | No. | File Description | Page Count | Doc Date | Date Sent | Author | From (Email) | To (Email) | CC (Email) | Email Subject | File Name | Privilege Basis | Privilege Log Descriptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CNTRL00538605 | 85 | Microsoft Outlook Note | 1 | 12/8/2015 9:01 | 12/8/2015 | | Matt Richards <"/o=mms/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=matt richards83a271ba-0e57-48a1-bf9e-9baa41695723c44"> | Caroline Martin <caroline.martin@clorox.com> | | RE: Clorox Environmental / Regulatory Group Contact | RE: Clorox Environmental / Regulatory Group Contact | Attorney-Client | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00538668 | 86 | Microsoft Outlook Note | 1 | 12/3/2015 14:16 | 12/3/2015 | | Matt Richards <"/o=mms/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=matt richards83a271ba-0e57-48a1-bf9e-9baa41695723c44"> | Svetlana Walker <svetlana.walker@clorox.com> | Heather Day <heather.day@clorox.com> | RE: Updated Green Works Claims | RE: Updated Green Works Claims | Attorney-Client; Work Product | Email to Clorox in-house counsel seeking legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00538669 | 87 | Microsoft Excel Spreadsheet | 1 | 12/1/2015 11:46 | | Lettecia Rayson | | | | | Updated GW Chlorine-Free Bleach Claims Matrix 12-1-2015.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00538670 | 88 | Microsoft Excel Spreadsheet | 1 | 12/3/2015 14:10 | | Lettecia Rayson | | | | | Updated GW APC Claims Matrix 12-3-2015.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00538671 | 89 | Microsoft Excel Spreadsheet | 1 | 12/3/2015 14:10 | | Lettecia Rayson | | | | | Updated GW GBC Claims Matrix 12-3-2015.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00538745 | 90 | Microsoft Outlook Note | 1 | ############ | 12/11/2015 | | Matt Richards <"/o=mms/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=matt richards83a271ba-0e57-48a1-bf9e-9baa41695723c44"> | Svetlana Walker <svetlana.walker@clorox.com> | Heather Day <heather.day@clorox.com> | RE: Updated Green Works Claims | RE: Updated Green Works Claims | Attorney-Client; Work Product | Email to Clorox in-house counsel seeking legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00538746 | 91 | Microsoft Excel Spreadsheet | 1 | 12/3/2015 14:10 | | Lettecia Rayson | | | | | Updated GW APC Claims Matrix 12-3-2015.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00538747 | 92 | Microsoft Excel Spreadsheet | 1 | 12/3/2015 14:10 | | Lettecia Rayson | | | | | Updated GW GBC Claims Matrix 12-3-2015.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00539455 | 93 | Microsoft Outlook Note | 1 | 1/26/2016 9:43 | 1/26/2016 | | Matt Richards <"/o=mms/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=matt richards83a271ba-0e57-48a1-bf9e-9baa41695723c44"> | Racquel White <racquel.white@clorox.com> | Beth Azeveda <beth.azeveda@clorox.com> | FW: Updated Green Works Claims | FW: Updated Green Works Claims | Attorney-Client; Work Product | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00539456 | 94 | Microsoft Excel Spreadsheet | 1 | 12/2/2015 16:16 | | Lettecia Rayson | | | | | Copy of Updated GW APC Claims Matrix 12-1-2015.xls_SW.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00539457 | 95 | Microsoft Excel Spreadsheet | 1 | 12/2/2015 16:18 | | Lettecia Rayson | | | | | Copy of Updated GW LDL Claims Matrix 12-1-2015.xls_SW.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00539458 | 96 | Microsoft Excel Spreadsheet | 1 | 12/2/2015 16:18 | | Lettecia Rayson | | | | | Copy of Updated GW Wipes Claims Matrix 12-1-2015.xls_SW.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00539518 | 97 | Microsoft Outlook Note | 1 | 1/28/2016 9:05 | 1/28/2016 | | Matt Richards <"/o=mms/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=matt richards83a271ba-0e57-48a1-bf9e-9baa41695723c44"> | Beth Azeveda <beth.azeveda@clorox.com> | | RE: GW Wipes Label | RE: GW Wipes Label | Attorney-Client | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |

The Clorox Company's Amended Privilege Log

| Control Number | No. | File Description | Page Count | Doc Date | Date Sent | Author | From (Email) | To (Email) | CC (Email) | Email Subject | File Name | Privilege Basis | Privilege Log Descriptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CNTRL00539544 | 98 | Microsoft Excel Spreadsheet | 1 | 12/3/2015 13:32 | | Lettecia Rayson | | | | | Updated GW APC Claims Matrix 12-3-2015.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00539581 | 99 | Microsoft Outlook Note | 1 | 1/28/2016 15:48 | 1/28/2016 | | Matt Richards <"/o=mms/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=matt richards83a271ba-0e57-48a1-bf9e-9baa41695723c44"> | Svetlana Walker <svetlana.walker@clorox.com> | Heather Day <heather.day@clorox.com> | RE: Updated GW MTBC Claims | RE: Updated GW MTBC Claims | Attorney-Client; Work Product | Email to Clorox in-house counsel seeking legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00539582 | 100 | Microsoft Excel Spreadsheet | 1 | 1/28/2016 15:42 | | Lettecia Rayson | | | | | GW MTBC Claims Matrix 1-28-2016.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00539623 | 101 | Microsoft Outlook Note | 1 | 2/2/2016 10:19 | 2/2/2016 | | Matt Richards <"/o=mms/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=matt richards83a271ba-0e57-48a1-bf9e-9baa41695723c44"> | Beth Azeveda <beth.azeveda@clorox.com>; Gabriel Martinez <gabriel.martinez@clorox.com> | Racquel White <racquel.white@clorox.com> | RE: Legal Approval needed | RE: Legal Approval needed | Attorney-Client | Email to Clorox in-house counsel seeking legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00539637 | 102 | Microsoft Outlook Note | 1 | 2/2/2016 15:33 | 2/2/2016 | | Matt Richards <"/o=mms/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=matt richards83a271ba-0e57-48a1-bf9e-9baa41695723c44"> | Heather Day <heather.day@clorox.com> | | FW: Updated GW MTBC Claims | FW: Updated GW MTBC Claims | Attorney-Client; Work Product | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00539638 | 103 | Microsoft Excel Spreadsheet | 1 | 1/28/2016 15:42 | | Lettecia Rayson | | | | | GW MTBC Claims Matrix 1-28-2016.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00540311 | 104 | Microsoft Excel Spreadsheet | 1 | 3/2/2016 12:55 | | Lettecia Rayson | | | | | Copy of GW Chlorine-Free Bleach Claims Matrix (2).xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00540407 | 105 | Microsoft Outlook Note | 1 | 3/7/2016 10:04 | 3/7/2016 | | Matt Richards <"/o=mms/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=matt richards83a271ba-0e57-48a1-bf9e-9baa41695723c44"> | Heather Day <heather.day@clorox.com> | | RE: GW Bleach Routing | RE: GW Bleach Routing | Attorney-Client; Work Product | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00540408 | 106 | Microsoft Excel Spreadsheet | 1 | 3/7/2016 10:01 | | Lettecia Rayson | | | | | Copy of GW Chlorine-Free Bleach Claims Matrix (2).xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00540412 | 107 | Microsoft Outlook Note | 1 | 3/7/2016 10:53 | 3/7/2016 | | Matt Richards <"/o=mms/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=matt richards83a271ba-0e57-48a1-bf9e-9baa41695723c44"> | Racquel White <racquel.white@clorox.com> | Sheyla Bermudez <sheyla.bermudez@clorox.com> | FW: GW Bleach Routing | FW: GW Bleach Routing | Attorney-Client | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00540486 | 108 | Microsoft Outlook Note | 1 | 3/8/2016 15:35 | 3/8/2016 | | Matt Richards <"/o=mms/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=matt richards83a271ba-0e57-48a1-bf9e-9baa41695723c44"> | Racquel White <racquel.white@clorox.com> | Sheyla Bermudez <sheyla.bermudez@clorox.com> | Re: GW Bleach Routing | Re: GW Bleach Routing | Attorney-Client | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00541178 | 109 | Microsoft Outlook Note | 1 | 3/30/2016 14:25 | 3/30/2016 | | Matt Richards <"/o=mms/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=matt richards83a271ba-0e57-48a1-bf9e-9baa41695723c44"> | Chelsea Broderick <chelsea.broderick@clorox.com> | Khorshid Rahmaninejad <khorshid.rahmaninejad@clorox.com> | FW: GW Claims | FW: GW Claims | Attorney-Client; Work Product | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00541179 | 110 | Microsoft Excel Spreadsheet | 1 | 3/1/2013 13:54 | | Lettecia Rayson | | | | | GW AFH % Natural Claims Matrix.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |

The Clorox Company's Amended Privilege Log

| Control Number | No. | File Description | Page Count | Doc Date | Date Sent | Author | From (Email) | To (Email) | CC (Email) | Email Subject | File Name | Privilege Basis | Privilege Log Descriptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CNTRL00541180 | 111 | Microsoft Excel Spreadsheet | 1 | 3/1/2013 13:53 | | Lettecia Rayson | | | | | GW AFH Concentrates NNFC NG 1_25_10.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00541181 | 112 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 14:26 | | Lettecia Rayson | | | | | GW APC Claims Matrix 12-03-2012.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00541182 | 113 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 11:45 | | Lettecia Rayson | | | | | GW Chlorine-Free Bleach Claims Matrix.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00541183 | 114 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 15:12 | | Lettecia Rayson | | | | | GW GBC Claims Matrix 1-20-2012.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00541184 | 115 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 15:14 | | Lettecia Rayson | | | | | GW GC Claims Matrix 1-30-2011.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00541185 | 116 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 14:57 | | Lettecia Rayson | | | | | GW GSC Claims Matrix 12-14-2011.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00541186 | 117 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 15:17 | | Lettecia Rayson | | | | | GW LDL Claims Matrix 1-20-2012.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00541187 | 118 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 14:59 | | Lettecia Rayson | | | | | GW MTBC Claims Matrix 1-20-2012.xls | Attorney-Client | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00541188 | 119 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 13:36 | | Lettecia Rayson | | | | | GW Oxi Stain Remover Claims Matrix Trinity 1-20-2012.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00541189 | 120 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 15:05 | | Lettecia Rayson | | | | | GW Wipes Claims Matrix 12-14-2011.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00541190 | 121 | Microsoft Excel Spreadsheet | 1 | 8/26/2015 15:52 | | Lettecia Rayson | | | | | GW Lakeland Claims Matrix 2-2-2011.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00541191 | 122 | Microsoft Excel Spreadsheet | 1 | 8/26/2015 15:50 | | Lettecia Rayson | | | | | GW laundry stain remover Claims Matrix_NG 1_25_10.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00566919 | 123 | Microsoft Outlook Note | 1 | 10/14/2015 9:16 | 10/14/2015 | | Matt Richards </o=mms/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=matt richards83a271ba-0e57-48a1-bf9e-9baa41695723c44"> | Melissa Saye <melissa.saye@clorox.com> | Gretchen Hellmann <gretchen.hellmann@clorox.com> | FW: GW Claims | FW: GW Claims | Attorney-Client; Work Product | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00566920 | 124 | Microsoft Excel Spreadsheet | 1 | 3/1/2013 13:54 | | Lettecia Rayson | | | | | GW AFH % Natural Claims Matrix.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |

The Clorox Company's Amended Privilege Log

| Control Number | No. | File Description | Page Count | Doc Date | Date Sent | Author | From (Email) | To (Email) | CC (Email) | Email Subject | File Name | Privilege Basis | Privilege Log Descriptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CNTRL00566921 | 125 | Microsoft Excel Spreadsheet | 1 | 3/1/2013 13:53 | | Lettecia Rayson | | | | | GW AFH Concentrates NNFC NG 1_25_10.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00566922 | 126 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 14:26 | | Lettecia Rayson | | | | | GW APC Claims Matrix 12-03-2012.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00566923 | 127 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 11:45 | | Lettecia Rayson | | | | | GW Chlorine-Free Bleach Claims Matrix.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00566924 | 128 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 15:12 | | Lettecia Rayson | | | | | GW GBC Claims Matrix 1-20-2012.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00566926 | 129 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 14:57 | | Lettecia Rayson | | | | | GW GSC Claims Matrix 12-14-2011.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00566927 | 130 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 15:17 | | Lettecia Rayson | | | | | GW LDL Claims Matrix 1-20-2012.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00566928 | 131 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 14:59 | | Lettecia Rayson | | | | | GW MTBC Claims Matrix 1-20-2012.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00566929 | 132 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 13:36 | | Lettecia Rayson | | | | | GW Oxi Stain Remover Claims Matrix Trinity 1-20-2012.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00566930 | 133 | Microsoft Excel Spreadsheet | 1 | 1/22/2013 15:05 | | Lettecia Rayson | | | | | GW Wipes Claims Matrix 12-14-2011.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00566931 | 134 | Microsoft Excel Spreadsheet | 1 | 8/26/2015 15:52 | | Lettecia Rayson | | | | | GW Lakeland Claims Matrix 2-2-2011.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00566932 | 135 | Microsoft Excel Spreadsheet | 1 | 8/26/2015 15:50 | | Lettecia Rayson | | | | | GW laundry stain remover Claims Matrix_NG 1_25_10.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00567080 | 136 | Microsoft Outlook Note | 1 | 10/1/2015 9:13 | 10/1/2015 | | Gretchen Hellmann <gretchen.hellmann@clorox.com> | Matt Richards <matt.richards@clorox.com> | | Re: Green Works Naming Convention | Re: Green Works Naming Convention | Attorney-Client | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00567491 | 137 | Microsoft Outlook Note | 1 | 9/22/2015 11:28 | 9/22/2015 | | Svetlana Walker <svetlana.walker@clorox.com> | Matt Richards <matt.richards@clorox.com> | Gretchen Hellmann <gretchen.hellmann@clorox.com>; Jim McCabe III <jim.mccabe@clorox.com> | RE: Green Works Naming Convention | RE: Green Works Naming Convention | Attorney-Client; Work Product | Email from Clorox in-house counsel providing legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00567492 | 138 | Microsoft Outlook Note | 1 | 9/22/2015 11:08 | 9/22/2015 | | Svetlana Walker <svetlana.walker@clorox.com> | Matt Richards <matt.richards@clorox.com>; Jim McCabe III <jim.mccabe@clorox.com> | Gretchen Hellmann <gretchen.hellmann@clorox.com> | RE: Green Works Naming Convention | RE: Green Works Naming Convention | Attorney-Client; Work Product | Email from Clorox in-house counsel providing legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00567498 | 139 | Microsoft Outlook Note | 1 | 9/22/2015 10:46 | 9/22/2015 | | Svetlana Walker <svetlana.walker@clorox.com> | Jim McCabe III <jim.mccabe@clorox.com>; Matt Richards <matt.richards@clorox.com> | Gretchen Hellmann <gretchen.hellmann@clorox.com> | RE: Green Works Naming Convention | RE: Green Works Naming Convention | Attorney-Client; Work Product | Email from Clorox in-house counsel providing legal advice regarding labeling of Green Works cleaning products. |

The Clorox Company's Amended Privilege Log

| Control Number | No. | File Description | Page Count | Doc Date | Date Sent | Author | From (Email) | To (Email) | CC (Email) | Email Subject | File Name | Privilege Basis | Privilege Log Descriptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CNTRL00567513 | 140 | Microsoft Outlook Note | 1 | 9/22/2015 6:22 | 9/22/2015 | | Jim McCabe III <jim.mccabe@clorox.com> | Matt Richards <matt.richards@clorox.com> | Gretchen Hellmann <gretchen.hellmann@clorox.com>; Svetlana Walker <svetlana.walker@clorox.com> | RE: Green Works Naming Convention | RE: Green Works Naming Convention | Attorney-Client | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00586453 | 141 | Microsoft Outlook Note | 1 | 9/2/2015 14:33 | 9/2/2015 | | Robin Stoner <robin.stoner@clorox.com> | Matt Richards <matt.richards@clorox.com> | | RE: GW Claims | RE: GW Claims | Attorney-Client | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00586455 | 142 | Microsoft Outlook Note | 1 | 9/2/2015 16:42 | 9/2/2015 | | Gretchen Hellmann <gretchen.hellmann@clorox.com> | Matt Richards <matt.richards@clorox.com>; Ylaria Sanchez <ylaria.sanchez@clorox.com>; Robin Stoner <robin.stoner@clorox.com> | Patricia Cerda <patricia.cerda@clorox.com> | RE: GW Claims | RE: GW Claims | Attorney-Client | Email to Clorox in-house counsel seeking legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00586456 | 143 | Microsoft Outlook Note | 1 | 9/2/2015 16:42 | 9/2/2015 | | Gretchen Hellmann <gretchen.hellmann@clorox.com> | Jim McCabe III <jim.mccabe@clorox.com> | Matt Richards <matt.richards@clorox.com> | FW: GW Claims | FW: GW Claims | Attorney-Client | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00586457 | 144 | Microsoft Outlook Note | 1 | 9/3/2015 7:39 | 9/3/2015 | | Jim McCabe III <jim.mccabe@clorox.com> | Gretchen Hellmann <gretchen.hellmann@clorox.com> | Matt Richards <matt.richards@clorox.com>; Svetlana Walker <svetlana.walker@clorox.com>; Robin Stoner <robin.stoner@clorox.com>; Carol Hood <carol.hood@clorox.com>; Kathryn Page <kathryn.page@clorox.com> | RE: GW Claims | RE: GW Claims | Attorney-Client; Work Product | Email to Clorox in-house counsel seeking legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00586459 | 145 | Microsoft Outlook Note | 1 | 9/3/2015 11:06 | 9/3/2015 | | Svetlana Walker <svetlana.walker@clorox.com> | Jim McCabe III <jim.mccabe@clorox.com>; Gretchen Hellmann <gretchen.hellmann@clorox.com> | matt.richards@clorox.com>; Robin Stoner <robin.stoner@clorox.com>; Carol Hood <carol.hood@clorox.com>; Kathryn Page <kathryn.page@clorox.com> | RE: GW Claims | RE: GW Claims | Attorney-Client; Work Product | Email from Clorox in-house counsel providing legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00586460 | 146 | Microsoft Outlook Note | 1 | 9/3/2015 11:30 | 9/3/2015 | | Svetlana Walker <svetlana.walker@clorox.com> | Matt Richards <matt.richards@clorox.com> | Gretchen Hellmann <gretchen.hellmann@clorox.com> | RE: GW Claims | RE: GW Claims | Attorney-Client; Work Product | Email from Clorox in-house counsel providing legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00586469 | 147 | Microsoft Outlook Note | 1 | 12/3/2015 8:33 | 12/3/2015 | | Svetlana Walker <svetlana.walker@clorox.com> | Matt Richards <matt.richards@clorox.com> | Heather Day <heather.day@clorox.com> | RE: Updated Green Works Claims | RE: Updated Green Works Claims | Attorney-Client; Work Product | Email from Clorox in-house counsel providing legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00586470 | 148 | Microsoft Excel Spreadsheet | 1 | 12/2/2015 16:16 | | Lettecia Rayson | | | | | Copy of Updated GW APC Claims Matrix 12-1-2015.xls_SW.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00586471 | 149 | Microsoft Excel Spreadsheet | 1 | 12/2/2015 16:18 | | Lettecia Rayson | | | | | Copy of Updated GW LDL Claims Matrix 12-1-2015.xls_SW.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00586472 | 150 | Microsoft Excel Spreadsheet | 1 | 12/2/2015 16:18 | | Lettecia Rayson | | | | | Copy of Updated GW Wipes Claims Matrix 12-1-2015.xls_SW.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00586688 | 151 | Microsoft Outlook Note | 1 | 12/1/2015 11:50 | 12/1/2015 | | Matt Richards <"/o=mms/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=matt richards83a271ba-0e57-48a1-bf9e-9baa4169572c44"> | Svetlana Walker <svetlana.walker@clorox.com> | Heather Day <heather.day@clorox.com> | Updated Green Works Claims | Updated Green Works Claims | Attorney-Client; Work Product | Email to Clorox in-house counsel seeking legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00586689 | 152 | Microsoft Excel Spreadsheet | 1 | 12/1/2015 11:41 | | Lettecia Rayson | | | | | Updated GW APC Claims Matrix 12-1-2015.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00586690 | 153 | Microsoft Excel Spreadsheet | 1 | 12/1/2015 11:46 | | Lettecia Rayson | | | | | Updated GW Chlorine-Free Bleach Claims Matrix 12-1-2015.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |

The Clorox Company's Amended Privilege Log

| Control Number | No. | File Description | Page Count | Doc Date | Date Sent | Author | From (Email) | To (Email) | CC (Email) | Email Subject | File Name | Privilege Basis | Privilege Log Descriptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CNTRL00586691 | 154 | Microsoft Excel Spreadsheet | 1 | 12/1/2015 11:47 | | Lettecia Rayson | | | | | Updated GW LDL Claims Matrix 12-1-2015.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00586692 | 155 | Microsoft Excel Spreadsheet | 1 | 12/1/2015 11:45 | | Lettecia Rayson | | | | | Updated GW MTBC Claims Matrix 12-1-2015.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00586693 | 156 | Microsoft Excel Spreadsheet | 1 | 12/1/2015 11:43 | | Lettecia Rayson | | | | | Updated GW Wipes Claims Matrix 12-1-2015.xls | Attorney-Client; Work Product | Spreadsheet containing legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00586710 | 157 | Microsoft Outlook Note | 1 | 1/27/2016 13:02 | 1/27/2016 | | Beth Azeveda <beth.azeveda@clorox.com> | Gabriel Martinez <gabriel.martinez@clorox.com> | Matt Richards <matt.richards@clorox.com> | RE: GW Wipes Label | RE: GW Wipes Label | Attorney-Client | Email to Clorox in-house counsel seeking legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00586712 | 158 | Microsoft Outlook Note | 1 | 1/27/2016 13:14 | 1/27/2016 | | Beth Azeveda <beth.azeveda@clorox.com> | Gabriel Martinez <gabriel.martinez@clorox.com> | Matt Richards <matt.richards@clorox.com> | RE: GW Wipes Label | RE: GW Wipes Label | Attorney-Client | Email to Clorox in-house counsel seeking legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00586723 | 159 | Microsoft Outlook Note | 1 | 1/27/2016 14:36 | 1/27/2016 | | Gabriel Martinez <gabriel.martinez@clorox.com> | Beth Azeveda <beth.azeveda@clorox.com> | Matt Richards <matt.richards@clorox.com>; Racquel White <racquel.white@clorox.com> | RE: GW Wipes Label | RE: GW Wipes Label | Attorney-Client; Work Product | Email from Clorox in-house counsel providing legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00586724 | 160 | Microsoft Outlook Note | 1 | 1/27/2016 13:14 | 1/27/2016 | | Beth Azeveda <beth.azeveda@clorox.com> | Gabriel Martinez <gabriel.martinez@clorox.com> | Matt Richards <matt.richards@clorox.com> | RE: GW Wipes Label | RE: GW Wipes Label | Attorney-Client | Email to Clorox in-house counsel seeking legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00586726 | 161 | Microsoft Outlook Note | 1 | 1/27/2016 13:02 | 1/27/2016 | | Beth Azeveda <beth.azeveda@clorox.com> | Gabriel Martinez <gabriel.martinez@clorox.com> | Matt Richards <matt.richards@clorox.com> | RE: GW Wipes Label | RE: GW Wipes Label | Attorney-Client | Email to Clorox in-house counsel seeking legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00586728 | 162 | Microsoft Outlook Note | 1 | 1/27/2016 11:02 | 1/27/2016 | | Matt Richards <matt.richards@clorox.com> | Gabriel Martinez <gabriel.martinez@clorox.com> | Beth Azeveda <beth.azeveda@clorox.com> | GW Wipes Label | GW Wipes Label | Attorney-Client | Email to Clorox in-house counsel seeking legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00586732 | 163 | Microsoft Outlook Note | 1 | 1/27/2016 13:27 | 1/27/2016 | | Beth Azeveda <beth.azeveda@clorox.com> | Matt Richards <matt.richards@clorox.com> | | RE: Wipes Revision per Legal | RE: Wipes Revision per Legal | Attorney-Client | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00586764 | 164 | Microsoft Outlook Note | 1 | 1/28/2016 14:28 | 1/28/2016 | | Beth Azeveda <beth.azeveda@clorox.com> | Matt Richards <matt.richards@clorox.com> | | RE: GW Wipes Label | RE: GW Wipes Label | Attorney-Client | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00586779 | 165 | Microsoft Outlook Note | 1 | 2/1/2016 15:23 | 2/1/2016 | | Beth Azeveda <beth.azeveda@clorox.com> | Gabriel Martinez <gabriel.martinez@clorox.com> | Matt Richards <matt.richards@clorox.com>; Racquel White <racquel.white@clorox.com> | Legal Approval needed | Legal Approval needed | Attorney-Client | Email to Clorox in-house counsel seeking legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00586782 | 166 | Microsoft Outlook Note | 1 | 2/2/2016 10:10 | 2/2/2016 | | Beth Azeveda <beth.azeveda@clorox.com> | Matt Richards <matt.richards@clorox.com> | | FW: Legal Approval needed | FW: Legal Approval needed | Attorney-Client | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00586787 | 167 | Microsoft Outlook Note | 1 | 2/2/2016 12:34 | 2/2/2016 | | Beth Azeveda <beth.azeveda@clorox.com> | Racquel White <racquel.white@clorox.com>; Matt Richards <matt.richards@clorox.com> | Gabriel Martinez <gabriel.martinez@clorox.com>; Sheyla Bermudez <sheyla.bermudez@clorox.com> | RE: Legal Approval needed | RE: Legal Approval needed | Attorney-Client | Email to Clorox in-house counsel seeking legal advice regarding labeling of Green Works cleaning products. |
| CNTRL00586994 | 168 | Microsoft Outlook Note | 1 | 3/7/2016 10:51 | 3/7/2016 | | Heather Day <heather.day@clorox.com> | Matt Richards <matt.richards@clorox.com>; Racquel White <racquel.white@clorox.com>; Sheyla Bermudez <sheyla.bermudez@clorox.com> | Ylaria Sanchez <ylaria.sanchez@clorox.com> | RE: GW Bleach Routing | RE: GW Bleach Routing | Attorney-Client | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00586996 | 169 | Microsoft Outlook Note | 1 | 3/8/2016 11:36 | 3/8/2016 | | Racquel White <racquel.white@clorox.com> | Matt Richards <matt.richards@clorox.com> | Sheyla Bermudez <sheyla.bermudez@clorox.com> | RE: GW Bleach Routing | RE: GW Bleach Routing | Attorney-Client | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00586997 | 170 | Microsoft Outlook Note | 1 | 3/8/2016 12:30 | 3/8/2016 | | Sheyla Bermudez <sheyla.bermudez@clorox.com> | Racquel White <racquel.white@clorox.com>; Matt Richards <matt.richards@clorox.com> | | RE: GW Bleach Routing | RE: GW Bleach Routing | Attorney-Client | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |

The Clorox Company's Amended Privilege Log

| Control Number | No. | File Description | Page Count | Doc Date | Date Sent | Author | From (Email) | To (Email) | CC (Email) | Email Subject | File Name | Privilege Basis | Privilege Log Descriptions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CNTRL00586999 | 171 | Microsoft Outlook Note | 1 | 3/8/2016 15:28 | 3/8/2016 | | Racquel White <racquel.white@clorox.com> | Sheyla Bermudez <sheyla.bermudez@clorox.com>; Matt Richards <matt.richards@clorox.com> | | RE: GW Bleach Routing | RE: GW Bleach Routing | Attorney-Client | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00587000 | 172 | Microsoft Outlook Note | 1 | 3/9/2016 12:42 | 3/9/2016 | | Sheyla Bermudez <sheyla.bermudez@clorox.com> | Racquel White <racquel.white@clorox.com> | Matt Richards <matt.richards@clorox.com> | RE: GW Bleach Routing | RE: GW Bleach Routing | Attorney-Client | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00587004 | 173 | Microsoft Outlook Note | 1 | 3/9/2016 14:25 | 3/9/2016 | | Racquel White <racquel.white@clorox.com> | Sheyla Bermudez <sheyla.bermudez@clorox.com> | Matt Richards <matt.richards@clorox.com> | RE: GW Bleach Routing | RE: GW Bleach Routing | Attorney-Client | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00587005 | 174 | Microsoft Outlook Note | 1 | 3/9/2016 14:31 | 3/9/2016 | | Sheyla Bermudez <sheyla.bermudez@clorox.com> | Racquel White <racquel.white@clorox.com> | Matt Richards <matt.richards@clorox.com> | RE: GW Bleach Routing | RE: GW Bleach Routing | Attorney-Client | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |
| CNTRL00587931 | 175 | Microsoft Outlook Note | 1 | 12/8/2015 9:42 | 12/8/2015 | | Caroline Martin <caroline.martin@clorox.com> | Matt Richards <matt.richards@clorox.com> | | RE: Clorox Environmental / Regulatory Group Contact | RE: Clorox Environmental / Regulatory Group Contact | Attorney-Client | Email reflecting legal advice from Clorox in-house counsel regarding labeling of Green Works cleaning products. |

**EXHIBIT B**

**Lee, Kenneth K.**

| | |
|---|---|
| **From:** | Lee, Kenneth K. |
| **Sent:** | Friday, January 18, 2019 4:37 PM |
| **To:** | 'Joshua Arisohn' |
| **Cc:** | Alec Leslie; Todd Garber; Bradley Silverman; L. Timothy Fisher |
| **Subject:** | RE: Gregorio / Green Works -- Amended Privilege Log |

Josh –

I am providing additional information about the documents you cited in your letter.

First, you referred to 16 documents that were authored by non-attorneys and asked for additional information for our basis for asserting work-product. As explained below, each of those 16 documents includes or incorporates legal analysis provided by legal counsel in anticipation of litigation. And as I explained during our call, Clorox anticipated litigation over the use of the word "natural" because it had received legal threats regarding the use of the word "natural" on other products.

- CNTRL00274966 and CNTRL00276401 – Email from Heather Day, cc-ing Svetlana Walker, explaining legal advice about what claims can and cannot be made on Green Works products.
- CNTRL00353764 – Email from Sacha Connor to Ellen Brown re Legal Hold Notice.
- CNTRL00536622 and CNTRL00536732 – Email from Matt Richards to Connie Lin forwarding privileged claims matrixes and discussing legal advice regarding Green Works claims.
- CNTRL00538668 and CNTRL00538745 – Email from Matt Richards to Svetlana Walker asking for legal advice about slightly changing the name of a product.
- CNTRL00539455 – Email from Matt Richards to Racquel White and Beth Azeveda informing them about Svetlana Walker's legal advice regarding Green Works claims.
- CNTRL00539581 – Email from Matt Richards to Svetlana Walker asking for legal advice about Green Works claims.
- CNTRL00539637 - Email from Matt Richards to Heather Day discussing Svetlana Walker's legal advice regarding Green Works claims.
- CNTRL00540407 – Email from Matt Richards to Heather Day discussing legal advice regarding Green Works claims.
- CNTRL00541178 - Email from Matt Richards to Chelsea Broderick and Khorshid Rahmaninejad forwarding privileged claims matrixes and discussing legal advice regarding Green Works claims.
- CNTRL00566919 - Email from Matt Richards to Melissa Saye and Gretchen Hellmann forwarding privileged claims matrixes and discussing legal advice regarding Green Works claims.
- CNTRL00586457 – Email from Jim McCabe, ccing Svetlana Walker, discussing legal advice regarding Green Works claims.
- CNTRL00586688 – Email from Matt Richards to Svetlana Walker asking legal advice regarding Green Works claims.
- CNTRL00190893 – Email from Emily Thompson to Ylaria Sanchez (Senior Paralegal) regarding information requested by outside counsel in connection with a new threatened class action against Green Works.

Second, you had asked about entries in the privilege log that appeared to reflect standalone spreadsheets without any emails. In fact, the standalone spreadsheets are attachments to emails (as explained below). For a small handful of spreadsheets that do not have associated emails, they are substantially the same as the spreadsheets that were sent; they are likely prior drafts/versions of the spreadsheets.

- CNTRL00536622 is the parent to:

- o CNTRL00536623
- o CNTRL00536624
- o CNTRL00536625
- o CNTRL00536626
- o CNTRL00536627
- o CNTRL00536629
- o CNTRL00536630
- o CNTRL00536631
- o CNTRL00536632
- o CNTRL00536633
- o CNTRL00536634
- o CNTRL00536635
- CNTRL00536732 is the parent to:
  - o CNTRL00536733
  - o CNTRL00536734
  - o CNTRL00536735
  - o CNTRL00536736
  - o CNTRL00536737
  - o CNTRL00536738
  - o CNTRL00536739
  - o CNTRL00536740
  - o CNTRL00536741
  - o CNTRL00536742
  - o CNTRL00536743
  - o CNTRL00536744
  - o CNTRL00536745
- The email produced to Plaintiff as GW00003337 is parent to:
  - o CNTRL00538002
- CNTRL00538668 is the parent to:
  - o CNTRL00538669
  - o CNTRL00538670
  - o CNTRL00538671
- CNTRL00538745 is the parent to:
  - o CNTRL00538746
  - o CNTRL00538747
- CNTRL00539455 is the parent to:
  - o CNTRL00539456
  - o CNTRL00539457
  - o CNTRL00539458
- The email produced to Plaintiff as GW00003491 is the parent to:
  - o CNTRL00539544
- CNTRL00539581 is the parent to:
  - o CNTRL00539582
- CNTRL00539637 is the parent to:
  - o CNTRL00539638
- The email produced to Plaintiff as GW00003545 is the parent to:
  - o CNTRL00540311
- CNTRL00540407 is the parent to:
  - o CNTRL00540408
- CNTRL00541178 is the parent to:
  - o CNTRL00541179
  - o CNTRL00541180

- o   CNTRL00541181
- o   CNTRL00541182
- o   CNTRL00541183
- o   CNTRL00541184
- o   CNTRL00541185
- o   CNTRL00541186
- o   CNTRL00541187
- o   CNTRL00541188
- o   CNTRL00541189
- o   CNTRL00541190
- o   CNTRL00541191
- CNTRL00566919 is the parent to:
  - o   CNTRL00566920
  - o   CNTRL00566921
  - o   CNTRL00566922
  - o   CNTRL00566923
  - o   CNTRL00566924
  - o   CNTRL00566926
  - o   CNTRL00566927
  - o   CNTRL00566928
  - o   CNTRL00566929
  - o   CNTRL00566930
  - o   CNTRL00566931
  - o   CNTRL00566932
- CNTRL00586469 is the parent to:
  - o   CNTRL00586470
  - o   CNTRL00586471
  - o   CNTRL00586472
- CNTRL00586688 is the parent to:
  - o   CNTRL00586689
  - o   CNTRL00586690
  - o   CNTRL00586691
  - o   CNTRL00586692
  - o   CNTRL00586693

Finally, you referred to emails between non-attorneys and asked for the basis of attorney-client privilege.  As you acknowledged, the attorney-client privilege may apply as long as those individuals were communicating for the purpose of obtaining or relaying legal advice.  As explained below, these emails were sent for that purpose:

- CNTRL00537241 – Email from Matt Richards to Gretchen Hellman summarizing Svetlana Walker's advice regarding Green Works product labels and claims.
- CNTRL00538604 – Email from Matt Richards to Caroline Martin and Jim McCabe discussing Svetlana Walker's advice regarding claims on Green Works products.
- CNTRL00538605 – Re-send of CNTRL00538604 to Caroline Martin alone.
- CNTRL00539518 – Email from Matt Richards to Beth Azeveda discussing legal advice from Gabriel Martinez regarding Green Works wipes label.
- CNTRL00567080 – Email from Gretchen Hellmann to Matt Richards summarizing conversation with Svetlana Walker regarding Green Works package.
- CNTRL00567513 – Email from Jim McCabe, ccing Svetlana Walker, requesting legal advice from Svetlana Walker regarding claims on Green Works claims.
- CNTRL00586456 – Email from Gretchen Hellman to Jim McCabe and Matt Richards discussing advice from Legal regarding claims permitted on Green Works products.

- CNTRL00586732 – Email from Beth Azeveda to Matt Richards discussing comments from Legal regarding Green Works wipes label.
- CNTRL00586764 – Email from Beth Azeveda to Matt Richards discussing legal advice from Gabriel Martinez regarding Green Works wipes label.
- CNTRL00586782 – Email from Beth Azeveda to Matt Richards discussing legal advice from Gabriel Martinez regarding Green Works wipes label.
- CNTRL00587931 – Email from Caroline Martin to Matt Richards discussing Svetlana Walker's advice regarding claims on Green Works products.

I trust that this additional information satisfies your concerns.

Best,

Ken

---

**From:** Joshua Arisohn [mailto:jarisohn@bursor.com]
**Sent:** Tuesday, January 15, 2019 11:10 AM
**To:** Lee, Kenneth K. <KLee@jenner.com>
**Cc:** Alec Leslie <aleslie@bursor.com>; Todd Garber <tgarber@fbfglaw.com>; Bradley Silverman <bsilverman@fbfglaw.com>; L. Timothy Fisher <ltfisher@bursor.com>
**Subject:** Re: Gregorio / Green Works -- Amended Privilege Log


External Email – Exercise Caution

Ken,

Attached, please find our portion of the joint letter that we discussed. Please provide Defendant's portion by Friday. As I told you on the call earlier today, we're willing to revise the letter if Defendant either withdraws the claims of privilege or can provide an adequate explanation for the problems that we identify.

Thanks.

On Mon, Jan 14, 2019 at 5:21 PM Joshua Arisohn <jarisohn@bursor.com> wrote:

Sure. We'll call you then.

On Mon, Jan 14, 2019 at 5:19 PM Lee, Kenneth K. <KLee@jenner.com> wrote:

Josh –


That should work, but can we do it at 12:15 EST?


Best,

Ken

---

**From:** Joshua Arisohn [mailto:jarisohn@bursor.com]
**Sent:** Monday, January 14, 2019 11:57 AM
**To:** Lee, Kenneth K. <KLee@jenner.com>
**Subject:** Re: Gregorio / Green Works -- Amended Privilege Log

External Email – Exercise Caution

12 PM ET tomorrow?

On Mon, Jan 14, 2019 at 2:56 PM Lee, Kenneth K. <KLee@jenner.com> wrote:

Josh – I'm a bit tied up today, but am free tomorrow or later in the week. Thx.

---

**From:** Joshua Arisohn [mailto:jarisohn@bursor.com]
**Sent:** Monday, January 14, 2019 6:28 AM
**To:** Lee, Kenneth K. <KLee@jenner.com>
**Cc:** Alec Leslie <aleslie@bursor.com>; Panos, Dean N. <DPanos@jenner.com>; Todd Garber <tgarber@fbfglaw.com>;
L. Timothy Fisher <ltfisher@bursor.com>
**Subject:** Re: Gregorio / Green Works -- Amended Privilege Log

External Email – Exercise Caution

Ken,

Are you available this afternoon to discuss further?  How about 3 PM ET?

On Fri, Jan 11, 2019 at 10:18 PM Lee, Kenneth K. <KLee@jenner.com> wrote:

Josh –

Attached is an amended privilege log, along with a document that identifies the positions of Clorox employees.

In response to points that you raised during our discussion last month, we disagree with your position that the spreadsheets are not "communications" and therefore are not privileged. The spreadsheets contain privileged information and therefore are privileged. The mere fact that the privileged information is in a spreadsheet format, as opposed to an email, does not strip it of its privileged nature. Otherwise, it would be elevating form over substance.

Numerous courts have accordingly recognized that spreadsheets can contain privileged information. *See, e.g., In re Morning Song Bird Food Litig.,* 2015 WL 12791473, at *3 (S.D. Cal. July 17, 2015) (denying a motion to compel documents, including "spreadsheets circulated among client personnel and environmental, health, and safety field auditors," and "spreadsheet reports circulated among client personnel and environmental, health, and safety field auditors" on the basis of attorney-client privilege); *Cook v. Taser Int'l, Inc.,* 2006 WL 1520243, at *4 (D. Nev. May 26, 2006) (denying a motion to compel "spreadsheets and other documents to which Plaintiff objects based on its assertion of the attorney-client privilege or work-product doctrine").

We also disagree with your assertion that the work product doctrine does not apply to documents prior to Feb. 2, 2017, the date of the demand letter sent by Plaintiffs' counsel, because they purportedly were not created in anticipation of litigation. As you know, the use of the word "natural" has been a flashpoint for litigation, and therefore the work product doctrine can apply even before the demand letter was received. The documents at issue therefore reflect legal advice relevant to the litigation. at issue. *In re Fresh & Process Potatoes Antitrust Litig.,* No. 2:13-CV-2182-LAH, 2015 WL 1222278, at *2 (D. Idaho Mar. 17, 2015).

Please let me know if you want to discuss further.

Best regards,

Ken

---

**Kenneth K. Lee**

**Jenner & Block LLP**

633 West 5th Street
Suite 3600, Los Angeles, CA 90071  |  jenner.com
+1 213 239 5152 | TEL
+1 213 239 5162 | FAX
KLee@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

--

Joshua D. Arisohn

Bursor & Fisher, P.A.

888 Seventh Ave.
New York, NY 10019

646-837-7103 (tel)
212-989-9163 (fax)
jarisohn@bursor.com
www.bursor.com

--

Joshua D. Arisohn

Bursor & Fisher, P.A.

888 Seventh Ave.
New York, NY 10019

646-837-7103 (tel)
212-989-9163 (fax)
jarisohn@bursor.com
www.bursor.com

--
Joshua D. Arisohn
Bursor & Fisher, P.A.
888 Seventh Ave.
New York, NY 10019
646-837-7103 (tel)
212-989-9163 (fax)
jarisohn@bursor.com
www.bursor.com


--
Joshua D. Arisohn
Bursor & Fisher, P.A.
888 Seventh Ave.
New York, NY 10019
646-837-7103 (tel)
212-989-9163 (fax)
jarisohn@bursor.com
www.bursor.com