Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

GREGORIO, et al., )
                Plaintiff(s), )  Case No: 17-CV-03824-PJH
   v. )
THE CLOROX COMPANY, )  **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
                Defendant(s). )  (CIVIL LOCAL RULE 11-3)

I, Joshua Arisohn, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is L. Timothy Fisher, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Bursor & Fisher, P.A.<br>888 Seventh Avenue<br>New York, NY 10019 | Bursor & Fisher, P.A.<br>1990 N. California Blvd., Suite 940<br>Walnut Creek, CA 94596 |
| MY TELEPHONE # OF RECORD:<br>(646) 837-7150 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(925) 300-4455 |
| MY EMAIL ADDRESS OF RECORD:<br>jarisohn@bursor.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>ltfisher@bursor.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4495198.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/07/19

                                                                     Joshua Arisohn
                                                                     APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Joshua Arisohn is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 8, 2019

                                             UNITED STATES DISTRICT/MAGISTRATE JUDGE

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

PRO HAC VICE APPLICATION & ORDER                                   *October 2012*