**JENNER & BLOCK LLP**
Dean N. Panos (*pro hac vice*)
dpanos@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Phone:         (312) 222-9350
Facsimile:    (312) 527-0484

**JENNER & BLOCK LLP**
Kenneth K. Lee (Cal. Bar No. 264296)
klee@jenner.com
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Phone:         (213) 239-5100
Facsimile:    (213) 239-5199

Attorneys for Defendant
The Clorox Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GREGORIO, PATRICK QUIROZ, and ADAM COOPER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CLOROX COMPANY,<br><br>Defendant. | Case No. 4:17-cv-03824-PJH<br><br>The Honorable Phyllis J. Hamilton<br><br>**NOTICE OF CHANGE IN COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Kenneth K. Lee of Jenner & Block LLP hereby withdraws as attorney of record for Defendant The Clorox Company in this action.  Counsel of record for Defendant otherwise remains the same.

Dated:  May 30, 2019

JENNER & BLOCK LLP

By: /s/           Kenneth K. Lee
             Kenneth K. Lee

Attorneys for Defendant
The Clorox Company