UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH GREGORIO, PATRICK QUIROZ and ADAM COOPER individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

THE CLOROX COMPANY,

        Defendant.

Case 4:17-cv-03824-PJH

Corrected Declaration

of

**COLIN B. WEIR**

July 12, 2019

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED