UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GREGORIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CLOROX COMPANY,<br><br>Defendant. | Case No. 17-cv-03824-PJH<br><br>**ORDER TERMINATING CERTAIN MOTIONS REGARDING CLASS CERTIFICATION**<br><br>Re: Dkt. Nos. 104, 125, 133, 140, 145 |

The court has reviewed the parties' stipulation to vacate "until further notice" the October 30, 2019 hearing on plaintiffs' motion for class certification and defendant's motions to strike. While the court is amenable to vacating the hearing to permit the parties to attempt to resolve this matter, the court does not permit motions to languish on its docket. Accordingly, the court administratively terminates the motions at docket numbers 104, 125, 133, 134, 135, 140, and 145. These motions may be re-noticed for hearing, if necessary, on an available date on the court's calendar.

**IT IS SO ORDERED.**

Dated: October 25, 2019

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge