| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>L. Timothy Fisher (State Bar No. 191626)<br>1990 North California Boulevard, Suite 940<br>Walnut Creek, CA  94596<br>Telephone: (925) 300-4455<br>Facsimile:  (925) 407-2700<br>E-Mail: ltfisher@bursor.com<br><br>**BURSOR & FISHER, P.A.**<br>Scott A. Bursor (State Bar No. 276006)<br>Joshua D. Arisohn (admitted *pro hac vice*)<br>Alec Leslie (admitted *pro hac vice*)<br>888 Seventh Avenue<br>New York, NY  10019<br>Telephone: (212) 989-9113<br>Facsimile:  (212) 989-9163<br>E-Mail: scott@bursor.com<br>        jarisohn@bursor.com<br>        aleslie@bursor.com<br><br>*Co-Interim Class Counsel*<br>[Additional Counsel on Signature Page | **JENNER & BLOCK LLP**<br>Dean N. Panos (*Applying Pro Hac Vice*)<br>dpanos@jenner.com<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>Phone: (312) 222-9350<br>Facsimile: (312) 527-0484<br><br>*Attorneys for Defendant* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GREGORIO, PATRICK QUIROZ, and ADAM COOPER, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>     v.<br><br>THE CLOROX COMPANY,<br><br>              Defendant. | Case No.  4:17-cv-03824-PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

1   **IT IS HEREBY STIPULATED** among Plaintiffs Joseph Gregorio, Patrick Quiroz, and
2   Adam Cooper ("Plaintiffs") and Defendant The Clorox Company ("Defendant"), the parties to the
3   above-entitled action (collectively, the "Parties"), that all of Plaintiffs' claims pending in the above
4   captioned action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).
5   Each party shall bear their own costs, expenses, and attorney's fees related to this action.

7   Dated:  November 25, 2019

**BURSOR & FISHER, P.A.**

By:   /s/ L. Timothy Fisher
          L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Neal J. Deckant (State Bar No. 322946)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Email:  ltfisher@bursor.com
           jsmith@bursor.com
           ndeckant@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Joshua D. Arisohn (admitted *pro hac vice*)
Alec Leslie (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
            jarisohn@bursor.com
            aleslie@bursor.com

**RICHMAN LAW GROUP**
Kim E. Richman (admitted *pro hac vice*)
Jaimie Mak (State Bar No. 236505)
535 Mission Street
San Francisco, California 94105
Telephone: (415) 259-5688
Facsimile: (718) 228-8522
E-Mail:  krichman@richmanlawgroup.com
             jmak@richmanlawgroup.com

|   |   |
|---|---|
|   | **FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP** |
|   | Todd S. Garber (admitted *pro hac vice*) |
|   | Bradley F. Silverman (admitted *pro hac vice*) |
|   | 445 Hamilton Avenue, Suite 605 |
|   | White Plains, New York 10601 |
|   | Telephone: (914) 298-3283 |
|   | Email:  tgarber@fbfglaw.com |
|   |              bsilverman@fbfglaw.com |
|   | *Co-Interim Class Counsel* |
| Dated: November 25, 2019 | **JENNER & BLOCK LLP** |
|   | By:    */s/ Dean N. Panos*   |
|   |          Dean N. Panos |
|   | Dean N. Panos (*Pro Hac Vice*) |
|   | dpanos@jenner.com |
|   | 353 N. Clark Street |
|   | Chicago, IL 60654-3456 |
|   | Phone: (312) 222-9350 |
|   | Facsimile: (312) 527-0484 |
|   | *Attorneys for Defendant* |

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, L. Timothy Fisher, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the stipulation's content and have authorized the stipulation.

            */s/ L. Timothy Fisher*